# EXHIBIT B

DOCKET NO. **SA-516**

EXHIBIT NO. **1D**

# NATIONAL TRANSPORTATION SAFETY BOARD
# WASHINGTON, D.C.

**DESIGNATION OF PARTIES TO THE HEARING**

EXHIBIT 1D

# UNITED STATES OF AMERICA
## NATIONAL TRANSPORTATION SAFETY BOARD
### WASHINGTON D.C.

```
*************************************
In the Matter of the Investigation of      *
TWA Flight 800, N93119, B-747-131          *     Docket No.: SA-516
near East Moriches, New York               *
July 17, 1996                              *
*************************************
```

## DESIGNATION OF PARTIES TO THE HEARING

The following organizations are designated Parties to the Hearing in accordance with Part 845.13 of the Board's Procedural Regulations:

Federal Aviation Administration
Boeing Commercial Airplane Group
Air Line Pilots Association
Trans World Airlines
International Association Of Machinists and Aerospace Workers

Dated this ____1____ day of JULY 1997.

*/s/ Jim Hall*
Jim Hall
Chairman, Board of Inquiry