# EXHIBIT F

## [1:97cv6809, Rojany V. T.W.A., Et Al](#)

US District Court Docket

United States District Court, New York Southern

(Foley Square)

**This case was retrieved on 12/16/2022**

# Header

**Case Number:** 1:97cv6809
**Date Filed:** 09/15/1997
**Assigned To:** Judge Robert W. Sweet
**Nature of Suit:** Airplane (310)
**Cause:** Fed. Question: Airline Crash
**Lead Docket:** None
**Other Docket:** 1:96cv07986, Central California, 2:97-cv-05142
**Jurisdiction:** Federal Question

**Class Code:** Closed
**Closed:** 06/05/2001
**Statute:** 28:1331al
**Jury Demand:** None
**Demand Amount:** $0
**NOS Description:** Airplane

# Participants

## Litigants

Shimon M. Rojany
**Plaintiff**

## Attorneys

Jeffrey Spitz
LEAD ATTORNEY
Greenberg, Glusker, Fields, Claman & Machtinger
1900 Avenue Of The Stars Suite 2100
Los Angeles, CA  90067
USA

Lee S. Kreindler
LEAD ATTORNEY
Kreindler & Kreindler
100 Park Avenue
New York, NY  10017
USA
(212) 687-8181

Transworld Airlines Inc.
**Defendant**

Randal R. Craft , Jr.
LEAD ATTORNEY
Haight Gardner Holland & Knight
195 Broadway
New York, NY  10007
USA
212-341-7000

The Boeing Company
**Defendant**

George F. Hritz
LEAD ATTORNEY
Kaplan  Fox  &  Kilsheimer, LLP
850 Third Avenue
New York, NY  10022
USA
212-687-1980 Fax: 212-687-7714
Email:George@hritzlaw.Com

1:97cv6809, Rojany V. T.W.A., Et Al

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 09/15/1997 | Filed True Copy of Order from MDL Panel transferring action from U.S.D.C. for the Central District of California, Docket # 1161 ; Mailed letter requesting transfer of their file. (bm) (Entered: 09/18/1997) | |
| | 09/15/1997 | Consolidated Member Case. Lead Case Number: 96 civ 7986 (bm) (Entered: 09/18/1997) | |
| | 09/15/1997 | Mailed a copy of Pre-Trial Order #1 to counsel of record and placed a copy in the case file. (bm) (Entered: 09/18/1997) | |
| | 09/15/1997 | Magistrate Judge Francis is so Designated. (bm) (Entered: 09/18/1997) | |
| | 09/15/1997 | Case accepted as related to 96CV7986. (sl) (Entered: 02/23/1999) | |
| 2 | 09/30/1997 | ANSWER to Complaint by T.W.A. (Attorney Randal R. Craft Jr.), pursuant to Section VIII C. of Pretrial Order No. 1, dated 5/7/97, defendant hereby adopts its Consolidated Answer (a copy of which is attached) as its Answer to the Complaint in this action. (ae) (Entered: 10/03/1997) | |
| 3 | 09/30/1997 | Rule 1.9 certificate filed by T.W.A. (ae) (Entered: 10/03/1997) | |
| | 10/01/1997 | Original file, certified copy of transfer order and docket sheet received from the Central District of California (jp) (Entered: 10/01/1997) | |
| | 10/01/1997 | Mailed return letter of acknowledgment to the Central District of California. (jp) (Entered: 10/01/1997) | |
| 4 | 10/07/1997 | ANSWER to Complaint by The Boeing Company (Attorney George F. Hritz); Firm of: Davis Weber by attorney George F. Hritz for defendant The Boeing Company (cd) (Entered: 10/09/1997) | |
| 5 | 06/05/2001 | SEALED DOCUMENT placed in vault. (wv) (Entered: 06/05/2001) | |
| 6 | 06/05/2001 | ORDER; that the Clerk of the Court is to terminate all pending motions and the action is dismissed. ( signed by Judge Robert W. Sweet ) (sac) (Entered: 06/06/2001) | |
| | 06/05/2001 | Case closed. (sac) (Entered: 06/06/2001) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**