# EXHIBIT G

# *1:98cv7011, Krick, Et Al V. Boeing Co., Et Al*

US District Court Docket

United States District Court, New York Southern

(Foley Square)

**This case was retrieved on 12/16/2022**

## Header

**Case Number:** 1:98cv7011
**Date Filed:** 10/06/1998
**Assigned To:** Judge Robert W. Sweet
**Nature of Suit:** Airplane (310)
**Cause:** Fed. Question:  Airline Crash
**Lead Docket:** None
**Other Docket:** 1:96cv07986, EDMO, 98-cv-1400
**Jurisdiction:** Federal Question

**Class Code:** Closed
**Closed:** 05/11/2001
**Statute:** 28:1331al
**Jury Demand:** None
**Demand Amount:** $0
**NOS Description:** Airplane

## Participants

### Litigants

Ronald W. Krick
natural father of Oliver Krick, deceased |
**Plaintiff**

### Attorneys

David I. Katzman
LEAD ATTORNEY
Schaden and Katzman
11870 Airport Way
Broomfield, CO  80021
USA
(303) 465-3663

John D. McClune
LEAD ATTORNEY
Schaden and Katzman
11870 Airport Way
Broomfield, CO  80021
USA
(303) 465-3663

Richard Francis Schaden
LEAD ATTORNEY
Schaden, Katzman, Lampert & McClune
9596 Jeffco Airport Avenue
Brooffield, CO  80021
USA
303-465-3663

William C. Foote
LEAD ATTORNEY
McAuliffe Law Firm, L.L.P.
7777 Bonhomme Avenue Suite 2004
St. Louis, MO  63105
USA

1:98cv7011, Krick, Et Al V. Boeing Co., Et Al

| Litigants | Attorneys |
|---|---|
| Margret J. Krick<br>natural mother of Oliver Krick, deceased \|<br>**Plaintiff** | (314) 726-2090<br>David I. Katzman<br>LEAD ATTORNEY<br>Schaden and Katzman<br>11870 Airport Way<br>Broomfield, CO  80021<br>USA<br>(303) 465-3663<br><br>John D. McClune<br>LEAD ATTORNEY<br>Schaden and Katzman<br>11870 Airport Way<br>Broomfield, CO  80021<br>USA<br>(303) 465-3663<br><br>Richard Francis Schaden<br>LEAD ATTORNEY<br>Schaden, Katzman, Lampert & McClune<br>9596 Jeffco Airport Avenue<br>Brooffield, CO  80021<br>USA<br>303-465-3663<br><br>William C. Foote<br>LEAD ATTORNEY<br>McAuliffe Law Firm, L.L.P.<br>7777 Bonhomme Avenue Suite 2004<br>St. Louis, MO  63105<br>USA<br>(314) 726-2090 |
| Christopher Krick<br>natural brother, individually and on behalf of the estate of Oliver Krick, deceased \|<br>**Plaintiff** | David I. Katzman<br>LEAD ATTORNEY<br>Schaden and Katzman<br>11870 Airport Way<br>Broomfield, CO  80021<br>USA<br>(303) 465-3663<br><br>John D. McClune<br>LEAD ATTORNEY<br>Schaden and Katzman<br>11870 Airport Way<br>Broomfield, CO  80021<br>USA<br>(303) 465-3663<br><br>Richard Francis Schaden<br>LEAD ATTORNEY<br>Schaden, Katzman, Lampert & McClune<br>9596 Jeffco Airport Avenue<br>Brooffield, CO  80021<br>USA<br>303-465-3663<br><br>William C. Foote<br>LEAD ATTORNEY |

## Litigants

## Attorneys

The Boeing Company
**Defendant**

McAuliffe Law Firm, L.L.P.
7777 Bonhomme Avenue Suite 2004
St. Louis, MO  63105
USA
(314) 726-2090

Bettina L. Joist
LEAD ATTORNEY
Thompson Coburn
One Mercantile Center
St. Louis, MO  63101
USA
(314) 552-6000

Dan H. Ball
LEAD ATTORNEY
Bryan Cave - St. Louis
211 North Broadway One Metropolitan Square, Ste. 3600
St. Louis, MO  63102
USA
(314) 259-2000

Jay S. Brown
LEAD ATTORNEY
Perkins Coie
1201 Third Avenue 40th Floor
Seattle, WA  98101
USA
(206) 583-8888

Keith Gerrard
LEAD ATTORNEY
Perkins Coie
1201 Third Avenue 40th Floor
Seattle, WA  98101-3099
USA
(206) 583-8888

Steven S. Bell
LEAD ATTORNEY
Perkins Coie
1201 Third Avenue 40th Floor
Seattle, WA  98101
USA
(206) 583-8888

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 10/06/1998 | Filed True Copy of Order from MDL Panel transferring action from U.S.D.C. for the Eastern District of Missouri, Docket # 1161 ; Mailed letter requesting transfer of their file. (pl) Modified on 10/07/1998 (Entered: 10/06/1998) | |
| | 10/06/1998 | Magistrate Judge Francis is so Designated. (pl) (Entered: 10/06/1998) | |
| | 10/06/1998 | Consolidated Member Case . Lead Case Number: 96cv 7986 (pl) (Entered: 10/06/1998) | |

1:98cv7011, Krick, Et Al V. Boeing Co., Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   | 10/06/1998 | Placed a copy of Pre-Trial Order #1 in the Case File. (No counsel of record names or addresses were provided). (pl) (Entered: 10/07/1998) |   |
|   | 10/06/1998 | Case accepted as related to 96CV7986. (sl) (Entered: 02/23/1999) |   |
|   | 06/09/1999 | Certified copy of transfer order and file received from Eastern District of Missouri MDL# 1161 (bm) (Entered: 06/09/1999) |   |
|   | 06/09/1999 | Mailed notice notifying counsel of record that case has been transferred into the SDNY (bm) (Entered: 06/09/1999) |   |
|   | 05/11/2001 | STIPULATION AND ORDER of dismissal with prejudice of all claims arising from the death of Ronald W. Krick purs to FRCP 41(a)(1), by or on behalf of the estate or the beneficiaries of decedent Ronald Drick (including Margaret J. Krick and Christopher Krick); each party to bear its own costs and attorneys' fees; (signed by Judge Robert W. Sweet) (original docmt dktd in case no. 96 cv 7986, docmt #345) (djc) Modified on 05/16/2001 (Entered: 05/16/2001) |   |
|   | 05/11/2001 | Case closed. (djc) (Entered: 05/17/2001) |   |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**