UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD KRICK, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>RAYTHEON COMPANY, ET AL.,<br><br>    Defendants. | Civil Action No.: 1:22-CV-11032-AK |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant United States of America respectfully requests the Court dismiss Plaintiffs' Second Amended Complaint, ECF No. 33, for failure to state a claim. Fed. R. Civ. P. 12(b)(6). Plaintiffs failed to timely file an administrative claim per the requirements of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2401(b), 2675(a). The FTCA requires Plaintiffs to submit a claim within two years of the accrual of the cause of action. *Id.* § 2401(b). This action accrued on July 17, 1996, when the airplane operating as Trans World Airlines Flight 800 exploded in flight, making Plaintiffs' October 4, 2021 claim submission untimely. Plaintiffs have failed to adequately plead the factual support needed to apply an exception to the general rule that the claim accrued the day Plaintiffs were injured. Therefore, Plaintiffs' Second Amended Complaint should be dismissed with prejudice.

In addition, the action should be dismissed because Plaintiffs' choice of venue is improper as to the United States. Fed. R. Civ. P. 12(b)(3); 28 U.S.C. § 1406(a). The FTCA's venue provisions require a cause of action be brought only

where the plaintiff resides, or where the negligence complained of occurred. *Id.* § 1402(b). No Plaintiff resides in Massachusetts and the alleged negligence occurred off the coast of New York; thereby, making venue improper in Massachusetts.

This Motion is supported by a Memorandum of Law and exhibits.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the United States respectfully requests oral argument on this Motion.

## MEET AND CONFER CERTIFICATION

The undersigned certifies, pursuant to Local Rule 7.1(a)(2), that he met and conferred with Plaintiffs' counsel on February 1, 2023, regarding the relief requested in this Motion. The parties conferred in good faith, however, Plaintiffs' counsel indicated that they would oppose this Motion.

DATED: February 7, 2023

        Attorneys for Defendant
        UNITED STATES OF AMERICA
        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney
        District of Massachusetts

        /s/ Robert Kelly
        ROBERT KELLY
        Trial Attorney
        Torts Branch, Civil Division
        U. S. Department of Justice
        RAYFORD A. FARQUHAR
        Assistant United States Attorney
        District of Massachusetts
        P.O. Box 14271
        Washington, D.C. 20044-4271
        (202) 616-4031
        Robert.Kelly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I filed the foregoing documents with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent electronically all counsel of record.

                                    /s/ Robert Kelly
                                    ROBERT KELLY
                                    Trial Attorney
                                    U. S. Department of Justice

Case 1:23-cv-08093-AMD-JAM    Document 72    Filed 02/07/23    Page 3 of 3 PageID #: 824