AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Krick, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-08093-JAM |
| Raytheon Company, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lockheed Martin Corporation                                                              .

Date:    12/11/2023

*/s/ David A. Frank II*
*Attorney's signature*

David A. Frank, II (admitted pro hac vice)
*Printed name and bar number*

Wilson Elser Moskowitz Edelman & Dicker, LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
*Address*

David.Frank@wilsonelser.com
*E-mail address*

(414) 276-8816
*Telephone number*

(414) 276-8819
*FAX number*