

December 12, 2023

**John P. Kelly**
212.915.5848 (direct)
732.859.6597 (mobile)
John.P.Kelly@wilsonelser.com

<u>*VIA CM/ECF:*</u>
Brenna B. Mahoney
Clerk of Court
United States District Court – Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:       **Krick, et al. v. Raytheon Company, et al.**
                **Case No.: 1:23-cv-08093-JAM**

Dear Clerk of Court:

      Our firm represents Defendant, Lockheed Martin Corporation ("Lockheed Martin"), in the above-referenced matter. We write to inform the Court that the Notice of Motion to Admit Counsel *Pro Hac Vice* and accompanying Affidavit of Kathryn A. Grace being filed herewith includes Certificates of Good Standing for two of the five state bars with which Ms. Grace is a member. The remaining three Certificates of Good Standing will be filed as soon as possible as a supplement to the Motion.

Best regards,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ John P. Kelly*
John P. Kelly
Attorney at Law

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Madison, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY