UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD KRICK, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RAYTHEON COMPANY, *et al.*,<br><br>　　　　　　Defendants. | Civil Docket No.: 1:23-cv-08093-AMD-JAM |

# STIPULATION OF DISMISSAL WITH PREJUDICE

1. Plaintiff Eric Rojany, Individually ("Plaintiff"), and Defendants file this Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. On June 28, 2022, Plaintiffs filed a lawsuit against Defendants in the United States District Court for the District of Massachusetts captioned *Krick et al. v. Raytheon Company, et al.* 1:22-cv-11032.

3. On October 13, 2023, the Honorable Judge Angel Kelley, United States District Court Judge for the District of Massachusetts, issued an ORDER transferring the matter to the Eastern District of New York.

4. Since that time, the case has been pending in the Eastern District of New York before the Honorable Judge Ann Donnelly.

5. Defendants United States of America, Raytheon Company and Lockheed Martin Corporation, who have appeared in the captioned matter, agree to the dismissal.

6. This dismissal is **WITH PREJUDICE**, without costs to Plaintiff or Defendants.

DATED: May 14, 2024                                    Respectfully submitted,

| BAILEY & GLASSER, LLP<br><br>/s/ Todd A. Walburg_____<br>Todd A. Walburg<br>twalburg@baileyglasser.com<br>1999 Harrison St., Ste. 660<br>Oakland, CA 94612<br><br>Attorneys for Plaintiff<br>Eric Rojany, Individually | FITZPATRICK, HUNT<br>& PAGANO, LLP<br><br>/s/ Tara E. Nicola_____<br>Ralph V. Pagano<br>Ralph.Pagano@fitzhunt.com<br>Tara E. Nicola<br>Tara.Nicola@fitzhunt.com<br>Tower 49<br>12 East 49th St., 34th Floor<br>New York, N.Y. 10017<br><br>Attorneys for Defendant<br>RAYTHEON CO. |
|---|---|
| WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br><br>/s/ William J. Katt_____<br>William J. Katt (PHV)<br>william.katt@wilsonelser.com<br>John P. Loringer (PHV)<br>john.loringer@wilsonelser.com<br>David A. Frank II (PHV)<br>david.frank@wilsonelser.com<br>555 East Wells Street, Suite 1730<br>Milwaukee, WI 53202<br><br>John P. Kelly<br>john.p.kelly@wilsonelser.com<br>150 East 42nd Street<br>New York, NY 10017<br><br>Kathryn A. Grace (PHV)<br>kathryn.grace@wilsonelser.com<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102<br><br>Attorneys for Defendant<br>LOCKHEED MARTIN CORP. | UNITED STATES<br>DEPARTMENT OF JUSTICE<br><br>/s/ Robert Kelly_____<br>ROBERT KELLY<br>JILL DAHLMANN ROSA<br>Senior Trial Counsel<br>THOMAS BROWN<br>EMMA HILDEBRAND<br>Trial Attorneys<br>Torts Branch, Civil Division<br>U. S. Department of Justice<br>P.O. Box 14271<br>Washington, D.C. 20044-4271<br>Robert.Kelly@usdoj.gov<br>Jill.Rosa@usdoj.gov<br>Thomas.M.Brown@usdoj.gov<br>Emma.Hildebrand@usdoj.gov<br><br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |

To:     All attorneys of record via CM/ECF