UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RONALD KRICK, *et al.*,

    Plaintiffs,

v.

RAYTHEON COMPANY, et al.,

    Defendants.

---

Civil Action No.: 1:23-cv-08093-AMD-JAM

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR ALL PLAINTIFFS BY BAILEY & GLASSER, LLP**

    Attorneys Todd A. Walburg, Benjamin L. Bailey, Christopher D. Smith, Eric B. Snyder, John J. Roddy, Leslie A. Brueckner, and Scott B. Baez, and the law firm of Bailey & Glasser, LLP, hereby move to withdraw as counsel for all Plaintiffs in this action, and hereby request leave of Court to be removed as counsel of record for: Plaintiffs RONALD KRICK, Individually and on Behalf of the Estate of Oliver Krick; MARGARETA KRICK; CHRISTOPHER KRICK; DOUGLAS KEVORKIAN, Individually and on Behalf of the Estate of Ralph Kevorkian; LISA MICHELSON, Individually and on Behalf of the Estate of Yonatan Rojany; CRAIG GAETKE; WANDA KEMP, Individually and on Behalf of the Estates of O. Lamar Allen and Ashton Allen; CHRISTINE GROGAN; EILEEN ZAHARIOUDAKIS, Individually and Behalf of the Estate of Donald Gough; MICHAEL DETERESA (and previously-dismissed Plaintiffs: ERIC ROJANY; JODELLE GEARON, Individually and on Behalf of the Estate of Daniel Gaetke; TODD GAETKE; CHARLES HENRY GRAY, IV; and CHADWICK GRAHAM GRAY), in the above-referenced action.

    Following transfer of the above-referenced action to the Eastern District of New York from the District of Massachusetts, only attorney Todd A. Walburg of Bailey & Glasser, LLP continued

representation of the Plaintiffs in New York, and was admitted to the court *Pro Hac Vice*, pursuant to the text-only entry entered on the docket on October 30, 2023, following ECF No. 102.

Todd A. Walburg is changing law firms in July 2024, and will no longer be able to represent the Plaintiffs. Bailey & Glasser, LLP is likewise unable to represent the Plaintiffs going forward.

Plaintiffs' counsel advised all Plaintiffs, in writing, on April 1, 2024 of Bailey & Glasser, LLP's intent to withdraw as counsel and advised them to seek other representation. Plaintiffs' counsel is informed that the Plaintiffs are currently interviewing other counsel, and that one of those attorneys has recently contacted one of Defendants' counsel.

In connection with Bailey & Glasser, LLP's motion to withdraw as counsel, the firm is not asserting a retaining or charging lien.

Plaintiffs' counsel has also advised all of Defendants' counsel of this request to withdraw. In addition, Plaintiffs' counsel has requested that the parties stipulate to continue the deadlines for the filing of Defendants' anticipated motions to dismiss, in order to allow the Plaintiffs to secure new counsel.

There is good cause for granting this motion to withdraw because Plaintiffs and the attorneys at Bailey & Glasser, LLP have reached an impasse as to the strategy of the case, and the primary attorney who knows the issues of the case, Todd A. Walburg, is moving to a new law firm in July 2024 that is not able to take on the representation. The ends of justice also require the granting of this motion to withdraw because the Plaintiffs need new counsel who agree to prosecute this action. In addition, the entry of new counsel will not cause undue delay in prosecution of the action because a brief continuance of the deadlines for filing motions to dismiss will not unnecessarily delay the case.

**WHEREFORE,** Todd A. Walburg, Benjamin L. Bailey, Christopher D. Smith, Eric B. Snyder, John J. Roddy, Leslie A. Brueckner, and Scott B. Baez, and the law firm of Bailey & Glasser, LLP, respectfully request that the Court enter an Order granting this motion to withdraw as attorneys of record for the Plaintiffs in this matter.

Respectfully Submitted,

**BAILEY & GLASSER, LLP**

Dated: June 14, 2024

   /s/ Todd A. Walburg
Todd A. Walburg
Leslie A. Brueckner
Scott B. Baez
BAILEY & GLASSER, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
T: 510-272-8000
F: 510-463-0291
Email: twalburg@baileyglasser.com
lbrueckner@baileyglasser.com;
sbaez@baileyglasser.com

Benjamin L. Bailey
Eric B. Snyder
Christopher D. Smith
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
T: 304-345-6555
F: 304-342-1110
Email: bbailey@baileyglasser.com
esnyder@baileyglasser.com
csmith@baileyglasser.com

John J. Roddy
Bailey & Glasser LLP
176 Federal Street, 5th Floor
Boston, MA 02110
T: 617-439-6730
Email: jroddy@baileyglasser.com

TO: All parties of record (via ECF) and all Plaintiffs (via E-Mail)