UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RONALD KRICK, *et al.,*

    Plaintiffs,

v.

RAYTHEON COMPANY, et al.,

    Defendants.

Civil Action No.: 1:23-cv-08093-AMD-JAM

**JOINT STATUS REPORT**

    Pursuant to the Court's scheduling orders, the parties hereby provide a status update to the Court in advance of the Status Conference on September 4, 2024 at 3:00 p.m. in Courtroom 4G North.

    Plaintiffs' counsel previously filed a Motion to Withdraw as Counsel (Doc. 140). On June 24, 2024, Magistrate Judge Joseph A. Marutollo held a status conference attended by all parties. By Minute Entry of that same date, the Court deferred ruling on Plaintiffs' current counsel's Motion to Withdraw (Doc. 140). Magistrate Judge Marutollo ordered that Plaintiffs' new counsel should file notices of appearance by July 12, 2024. This date was later continued to August 12, 2024. No such appearance by any new counsel has been filed to date.

    On August 12, 2024, Plaintiff Christopher Krick notified Plaintiffs' counsel that he has terminated their legal representation and has elected to proceed *pro se*.

    Other Plaintiffs have requested additional time to retain new counsel.

    Plaintiffs' counsel hereby renews their Motion to Withdraw, as new counsel did not file a notice of appearance by August 12, 2024, as ordered, and because one of the named Plaintiffs – Christopher Krick – has discharged Plaintiffs' counsel.

Dated: August 15, 2024                                              Respectfully Submitted,

| | |
|---|---|
| /s/ Todd A. Walburg<br>Todd A. Walburg (Pro Hac Vice)<br>taw@mccunewright.com<br>1999 Harrison St., Ste. 660<br>Oakland, CA 94612<br><br>Eric B. Snyder<br>esnyder@baileyglasser.com<br>Bailey & Glasser, LLP<br>209 Capitol Street<br>Charleston, WV 25301<br><br>Attorneys Specially Appearing for the Plaintiffs | FITZPATRICK, HUNT<br>& PAGANO, LLP<br><br>/s/ Ralph V. Pagano<br>Ralph V. Pagano<br>Ralph.Pagano@fitzhunt.com<br>Tara E. Nicola<br>Tara.Nicola@fitzhunt.com<br>Tower 49<br>12 East 49th St., 34th Floor<br>New York, N.Y. 10017<br><br>Attorneys for Defendant RAYTHEON CO. |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br><br>/s/ William J. Katt<br>William J. Katt (PHV)<br>william.katt@wilsonelser.com<br>John P. Loringer (PHV)<br>john.loringer@wilsonelser.com<br>David A. Frank II (PHV)<br>david.frank@wilsonelser.com<br>555 East Wells Street, Suite 1730<br>Milwaukee, WI 53202<br><br>John P. Kelly<br>john.p.kelly@wilsonelser.com<br>150 East 42nd Street<br>New York, NY 10017<br><br>Attorneys for Defendant LOCKHEED MARTIN CORP. | UNITED STATES<br>DEPARTMENT OF JUSTICE<br><br>/s/ Jill Rosa<br>Robert Kelly<br>Jill Dahlmann Rosa<br>Torts Branch, Civil Division<br>U. S. Department of Justice<br>P.O. Box 14271<br>Washington, D.C. 20044-4271<br>Robert.Kelly@usdoj.gov<br>Jill.Rosa@usdoj.gov<br><br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |
| /s/ Christoper Krick<br>Christoper Krick<br>ckh2oski@gmail.com<br>*Pro Se* Plaintiff | |