UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

RONALD KRICK, et al.,

                  Plaintiffs,

          v.

RAYTHEON COMPANY, et al.;

     Defendants.

                     Civil Action No.
                     1:23-cv-8093-JAM

                     (Donnelly, D.J.)
                     (Marutollo, M.J)

----------------------------------------------------------x

## DECLARATION OF ROBERT KELLY

      I, Robert Kelly, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct:

1. I am over the age of 18 and a resident of the District of Columbia.

2. I am a Senior Trial Counsel for the United States Department of Justice, Civil Division, Torts Branch. I have responsibility for the defense of the United States in this action. I submit this declaration in support of the United States of America's Motion to Dismiss, and to place before the Court true and correct copies of various documents that support that Motion.

3. Attached as Exhibit 1 is a true and correct copy of the Minute entry granting plaintiff's motion for attorneys' fees in *Lahr v. Nat'l Transp. Safety Bd.*, No. CV 03-8023 AHM (RZx) (C.D. Cal. Mar. 19, 2007).

4. Attached as Exhibit 2 is a true and correct copy of Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment in *Stalcup v. CIA*, No. 1:11-cv-11250 (D. Mass. Jun. 12, 2013).

5. Attached as Exhibit 3 is a true and correct copy of the Transfer Order in the multi-district litigation No. 1161, *In re: Air Crash off Long Island, N.Y., on July 17, 1996* (J.P.M.L. Feb. 19, 1997).

6. Attached as Exhibit 4 is a true and correct copy of the Combined MDL Docket Entry in *In re: Air Crash TWA et al.*, No. 96-cv-7986 (S.D.N.Y. filed Oct. 24, 1996), excerpted.

7. Attached as Exhibit 5 is a true and correct copy of the Order Settling Final Account and for Final Distribution of Estate of Donald E. Gough, *In re: Estates of Donald E. Gough*, No. CV96-05099 (2d Judicial Dist. Ct. for the State of Nevada in and for the County of Washoe, Aug. 26, 1999).

8. Attached as Exhibit 6 is a true and correct copy of probate excerpts for the Estate of Oliver Krick. *In re: Oliver Krick, Deceased*, No. CV196-513P (Cir. Ct. of St. Charles County, Missouri., Probate Division filed Oct. 1, 1996).

9. Attached as Exhibit 7 is a true and correct copy of probate excerpts for the Estate of Ralph G. Kevorkian. *In re: Estate of Ralph G. Kevorkian*, No. A184515 (Superior Ct. of Cal., Orange County, filed Sept. 25, 1996).

10. Attached as Exhibit 8 is a true and correct copy of probate excerpts for the estates of O. Lamar Allen and Ashton Allen. *In re: O. Lamar Allen, Deceased*, No. 96/1072/01 (Ga., Probate Ct. of Cobb County filed Aug. 7, 1996).

11. Attached as Exhibit 9 is a true and correct copy of the combined releases of all claims out of the loss of TWA Flight 800.

12. Attached as Exhibit 10 is a true and correct copy of the cover letter enclosing the FTCA administrative claims on behalf of the TWA 800 families (received October 4, 2021).

2

13. Attached as Exhibit 11 is a true and correct copy of the declaration of Hal H. Dronberger, executed March 13, 2025.

14. Attached as Exhibit 12 is a true and correct copy of the motion hearing transcript excerpt for the August 30, 2023 hearing in this case before Judge Angel Kelley.

15. Attached as Exhibit 13 is a true and correct copy of the opinion in *Rademacher v. United States*, No. 3:19-cv-00157 (N.D. Miss. Mar. 19, 2020).

Dated: Washington, D.C.
      April 1, 2025

ROBERT KELLY
Digitally signed by ROBERT KELLY
Date: 2025.04.01 12:38:37 -04'00'

ROBERT KELLY
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Robert.Kelly@usdoj.gov

3