# Exhibit 6

*In re: Oliver Krick, Deceased*, No. CV196-513P, Probate Excerpts for Estate of Oliver Krick (Cir. Ct. of St. Charles County, Mo., Probate Division filed Oct. 1, 1996)

STATE OF MISSOURI            )
                             ) ss.
COUNTY OF ST. CHALRES        )

                    IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI
IN THE MATTER OF                          PROBATE DIVISION


        OLIVER KRICK                                        #  CV196-513P
                              Deceased
                                         AMENDED
      AFFIDAVIT OF DISTRIBUTEES FOR COLLECTION OF SMALL ESTATE

      I, ___Ronald W. Krick_____, a person having knowledge of the facts
hereinafter stated, being of lawful age and residing at _14 Harbor Point Court_____,
in the County of _St. Charles_____, State of Missouri, being first duly sworn, depose and state:
   1.  One __Oliver Krick_____, who resides at _14 Harbor Point Court_____
                                                              (street address)
in _Lake St. Louis, St. Charles County_, Missouri, died on the _17th_ day of __July_____,
     (city)              (county)
19_96_ domiciled in and a resident of St. Charles County, Missouri and left no surviving
spouse or unmarried minor children.
   2.  (a) ~~Said decedent left a last will and testament which was duly admitted to probate by~~
           ~~this Court on the xxxxxx day of xxxxxxxxxxxxxxxxxxxxxxxxx 19xxxx~~ .
       (b) The said decedent died intestate.
   3.  That all debts, claims or demands against the said decedent or the estate of said
decedent have been or will be paid except that any liability by the affiant for the payment of
unpaid claims or demands shall be limited to the value of the property received.
   4.  The following is an itemized description and appraisment of all of the personal property
left by the said decedent, together with the names and addresses of the persons having custody
and possession of the same:
                                                                              VALUE
      1992 Honda CB 750 Nighthawk Motorcycle
         VIN JH2RC3804NM105894                                              $ 2,296.00

      1993 Honda Prelude (with hail damage)            $ 8,046.25
         VIN  JHMBB2154PCO13947
         Proceeds from hail damage claim               $ 1,978.75
         (Check #G104396 issued by Shelter Ins. Co.)                       $10,025.00

      Group Term Life Insurance Death Benefit from
        Airline Pilots Association, Policy #G11083
        Claim #GX196634  Adminstered by N.Y. Life Ins. Co.                  $10,000.00

      Unidivided one-half (1/2) interest in real property            $9,500.00
      located in Warren County, Missouri with Ronald W. Krick,       (1/2 1996 purchase
      a married person and particularly described in General Warranty Deed attached.   price)
   5.  The legal description of and an appraisement of all real estate left by the decedent,
if any, is attached hereto.
   6.  The names, addresses and relationship to the decedent of the persons entitled to and
who will receive the property are:

| Name | Address | Relationship |
|------|---------|-------------|
| Ronald W. Krick | 14 Harbor Point Court<br>Lake St. Louis, MO  63367 | Father |
| Margret J. Krick | 14 Harbor Point Court<br>Lake St. Louis, MO  63367 | Mother |
| Christopher Krick | 14 Harbor Point Court<br>Lake St. Louis, MO  63367 | Brother |

MICROFILMED

7. The facts establishing the right to the property as prescribed by Sec. 473.097 of the Probate Code are: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX    (b) Intestate Succession

8. The total value of decedent's estate including real and personal property, less liens and encumbrances, does not exceed $XXXXXXXXXX $40,000.00

9. No letters testamentary or of administration have been issued or applied for in said estate, nor has any order refusing letters been made in accordance with Sec. 473.090, RSMo., nor has an application for such order been filed.

10. More than thirty (30) days have elapsed since the death of the decedent.

11. (a) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX the form and manner described by law.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

(b) The Circuit Court, Probate Division, has by order dispensed with the filing of a bond by the distributees, and has appointed  Ronald W. Krick            as designee to collect and distribute said property.

_Ronald W. Krick_ 14 Harbor Point Court, Lake St.Louis, MO 63367  (314)561-3168
Affiant's Signature                    Address                          Phone #

STATE OF MISSOURI, County of St. Charles.  On this _1_ day of _October_, 19_96_, before me, _____, a notary public/clerk, in and for said state, personally appeared _Ronald W. Krick_, known to me to be the person who executed the within Affidavit and acknowedged to me that _h_ executed the same for the purposes therein stated.

WILLIAM C FOOTE
NOTARY PUBLIC STATE OF MISSOURI
ST. LOUIS COUNTY
MY COMMISSION EXP. NOV. 17,1997

(seal)

_William C. Foote_
Notary Public
BY: _____   ~~Clerk~~

William C. Foote (#37019) 7777 Bonhomme Ave., Suite 2004, St. Louis, MO 63105 (314) 726-2090 Deputy Clerk
Attorney for Affiant                    Address                          Phone #

STATE OF MISSOURI    )
                     ) ss.    **CERTIFICATE OF CLERK**
COUNTY OF ST. CHARLES )         (To be filled out by Clerk)        # CV196-513P

I, _Virginia Mackey_, Clerk of the Circuit Court, Probate Division of St. Charles County, Missouri, certify that the annexed affidavit has been duly filed with the Court; that the decedent's name is _Oliver Krick_.  That the name and addresses of the persons entitled to the described property under the facts stated in the affidavit are:

Ronald W. Krick, 14 Harbor Point Ct., Lake St. Louis, MO 63367 1/3 interest

Margaret Krick, 14 Habor Point Ct., Lake St. Louis, MO 63367   1/3 interest

Christopher Krick, 14 Harbor Point Ct., Lake St. Louis, MO 63367 1/3 interest

1. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXX day of
XXXXXXXXXXXXXXXXXXXXXXXXX19XXXXX.

(b) No Will of the decedent has been filed for probate prior to the signing of certificate.

2. (a) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX:
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

(b) The Court has made an order dispensing with the filing of a bond by the distributees and has appointed  _Ronald W. Krick_   as designee to collect and distribute said property.

IN TESTIMONY WHEREOF, I have on this _22nd_ day of _October_, 19_96_, at my office in the County aforesaid, set hereunto my hand and affixed the seal of said Court.

_Virginia Mackey_
                                                                    Clerk
(seal)                          BY: _____
                                                                Deputy Clerk

*[handwritten note on yellow sticky:]* Full Estate opened in 1998 closed 8/2/2001

T OF ST. CHARLES COUNTY, MISSOURI
PROBATE DIVISION
lsworth Cundiff, JUDGE

TATE OF

ESTATE NO.  CV198-448P

TTERS OF ADMINISTRATION

URI TO ALL PERSONS TO WHOM THESE LETTERS SHALL

eas OLIVER KRICK,
t. Charles, died intestate, as it is said,
eath, property in this state which may be lost,
destroyed, or diminished in value if speedy care be not taken of the
same.  To the end, therefore, that said property may be collected,
preserved and disposed of according to law, we do hereby appoint
RONALD W KRICK
and MARGARET KRICK
to take possession and control of all personal property owned by the
decedent at the time of the decedent's death, except the exempt
property of the surviving spouse or unmarried minor children, in
whomsoever's possession the same is found and to perform and fulfill
all duties enjoined upon the Personal Representative, so far as
there shall be property and the law charges said Personal Represen-
tative, and in general to do and perform all other things which are
required of a Personal Representative by law.

The Personal Representative(s) may administer the estate
independently, without adjudication, order, or direction of the Court
unless a petition for supervised administration is granted by the
Court.

The date of the decedent's death was 07-17-1996.

IN TESTIMONY WHEREOF, I, the undersigned official of the Probate
Division have hereunto set my hand and affixed the seal of the Court
on the 14th day of July, 1998.

Ellsworth Cundiff, Judge

(SEAL)

xXxxxxx/Clerk xXxxxxxxxxXXxxxx

The Inventory is due August 14, 1998.
The Annual Settlement is due February 9, 1999.

I, the undersigned Clerk of the Probate Division, hereby certify
that the foregoing Letters, now in full force and effect, are a true
copy from the record as it appears in my office. *[handwritten:]* ~estate closed 8/2/2001

IN WITNESS, I have placed my hand and the seal of this Court
on the 14th day of July, 1998.

Virginia Mackey, Clerk

(SEAL)

MICROFILMED

CLERK/ DEPUTY CLERK

NO. __CV198-448P__

ESTATE OF___OLIVER KRICK_____

_____, deceased.

## ST. CHARLES WATCHMAN

## NOTICE OF LETTERS

## PUBLISHER'S AFFIDAVIT

Proof of Publ'n of Notice
*Letters* GRANTED
FILED and APPROVED

| | | |
|---|---|---|
| STATE OF MISSOURI | ) | |
| | ) ss. | SEP 1 6 1998 |
| COUNTY OF ST. CHARLES | ) | |

RONALD W. KUPER, being duly sworn, on his oath says that he is President of the St. Louis County Printing and Publishing Company, the printer and publisher of the ST. CHARLES WATCHMAN, a daily newspaper of general circulation in the County of St. Charles, which has been admitted to the Post Office as second-class matter in the City of St. Charles, Missouri, the city of publication; which newspaper has been published regularly and consecutively for a period of three years and has a list of bona fide subscribers voluntarily engaged as such, who have paid or agreed to pay a stated price for a subscription for a definite period of time; that said newspaper has complied with the provision of Section 493.050, Revised Statues of Missouri, 1969, and that the notice hereupon imprinted was published in said newspaper for four issues, as follows:

FIRST _____July 29_____, 19 _98_

SECOND _____Aug. 5_____, 19 _98_

THIRD _____Aug. 12_____, 19 _98_

FOURTH _____Aug. 19_____, 19 _98_

RONALD W. KUPER, President

Subscribed and sworn to me before this __19th__ day of _____August_____, 19 _98_.

Notary Public

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
" NOTARY SEAL "
Timothy M. Madlinger, Notary Public
St. Louis City, State of Missouri
My Commission Expires 1/7/2000
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

(SEAL)        My Commission Expires _1/7/2000_

Filed and Recorded this _____ day of _____, 19____ .

CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI
PROBATE DIVISION
ELLSWORTH CUNDIFF JUDGE

IN THE MATTER OF THE ESTATE OF: OLIVER KRICK

ESTATE NO. CV198-448P

NOTICE OF LETTERS GRANTED

TO ALL PERSONS INTERESTED IN THE ESTATE:

On the 14th day of July, 1998 RONALD W KRICK AND MARGARET KRICK were appointed Co-Personal Representatives of the estate of OLIVER KRICK, a deceased person; The date of the decedent's death was July 17, 1996.

The business addresses of the Co-Personal Representatives are: 14 HARBOR POINT CT., LAKE ST LOUIS, MO 63367, AND 14 HARBOR POINT CT., LAKE ST LOUIS, MO 63367, RESPECTIVELY, and the attorney for the Personal Representative is: WILLIAM C. FOOTE, ESQ. whose address is 7777 BONHOMME AVE #2004, CLAYTON, MO 63105 and whose business telephone number is: 726-2090.

All creditors of the decedent are notified to file claims in court within six months from the date of first publication of this notice or if a copy of this notice was mailed to, or served upon, such creditor by the personal representative, then within two months from the date it was mailed or served, whichever is later, or be forever barred to the fullest extent permissible by law. Such six-month period and such two-month period do not extend the limitation period that would bar claims one year after the decedent's death, as provided in section 473.444 RSMo., or any other applicable limitation periods. Nothing in section 473.444 RSMo., shall be construed to bar any action against a decedent's liability insurance carrier through a defendant ad litem pursuant to section 537.021, RSMo.

The date of first publication is July 29, 1998.

The date notice is given is July 14, 1998.

(SEAL) VIRGINIA MACKEY, CLERK

By: Sandy Anderson Deputy Clerk

Receipt of this notice should not be construed by the recipient to indicate that he necessarily has a beneficial interest in the estate. The nature and extent of any person's interest, if any, can be determined from the files and records of the estate in this Court.

4X WED 7/29-8/19/98

MICROFILMED

STATE OF MISSOURI        )
                         ) ss
COUNTY OF ST. CHARLES    )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI
PROBATE DIVISION

FILED
AUG 3 0 1998
CIRCUIT COURT
PROBATE DIVISION

IN THE MATTER OF

OLIVER KRICK                                    # CV198-448P
Decedent    Ward/Protectee    Minor

INVENTORY AND APPRAISEMENT

| ITEM NUMBER | PERSONAL PROPERTY AS FOLLOWS: | VALUE |
|---|---|---|
| 1 | Claim for Wrongful Death in case entitled Ronald W. Krick, et al. vs. The Boeing Company, Case No. CV198-4507, Circuit Court of St. Charles County, Missouri (filed July 15, 1998) | Unknown |

EXAMINED and APPROVED

AUG 3 1 1998

Virginia Mackey

JUDGE/CLERK CIRCUIT COURT
PROBATE DIVISION

CERTIFICATE OF TRUE COPY

I, Cheryl Crowder, Clerk of Circuit Court, within and for the county of St. Charles, State of Missouri, do certify that the foregoing is a true copy of an original document remaining on file and recorded in my office.

Witness my hand and SEAL of said Court this 17ᵗʰ day of January 20 25

Cheryl Crowder, Circuit Clerk  BY: Maggie McCarthy
                                   Deputy Clerk

MICROFILMED

RECAPITULATION OF PERSONAL PROPERTY:
2.  Furniture, household goods, wearing apparel, .......................... $    -0-
3.  Corporation Stocks, ................................................... $    -0-
4.  Mortgages, Bonds, Notes,.............................................. $    -0-
5.  Bank Account, Insurance Policies, .................................... $    -0-
6.  All other personal property, ........................................ $   Unknown

TOTAL VALUE $ Unknown

7. Property held for another        $-0-

STATE OF MISSOURI          )
                           )  SS.
COUNTY OF ST. CHARLES      )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI
PROBATE DIVISION

IN THE MATTER OF          )
OLIVER KRICK              )                    #CV198-448P
DECEASED,                 )

### JUDGMENT AND ORDER NO FURTHER PROCESS

NOW on this 31st day of August, 1998, the Court takes up for consideration an "Order No Further Process" in  the matter of the estate of Oliver Krick, Deceased; and,

The Court having considered the same finds that the estate consists of no assets adn was opened for the purpose of a lawsuit filed in the Circuit Court; and that it would be in the best interest of said estate if an Order of No Further Process were issued until such time as assets are received or until the lawsuit is settled.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED by the Court that no further process be issued, and that the personal representative shall report to the Court any assets coming into their possession or the settlement of said lawsuit.

_____
VIRGINIA MACKEY, CLERK
CIRCUIT COURT, PROBATE DIVSIION

MICROFILMED

STATE OF MISSOURI      )
                            ) SS.

COUNTY OF ST. CHARLES  )

IN THE CIRCUIT COURT OF THE COUNTY OF ST. CHARLES
STATE OF MISSOURI
PROBATE DIVISION

FILED

CIRCUIT COURT
PROBATE DIVISION
ST. CHARLES COUNTY

In the Matter of:          )
                           )

OLIVER KRICK,           )    #11 P019800448
                           )

        Deceased.    )

## PETITION TO CLOSE ESTATE

COME NOW Petitioners Ronald and Margaret Krick, co-personal representatives of the above-captioned estate, by and through William C. Foote, attorney for the above-captioned estate, and petition this Honorable Court to close this estate on the grounds that the wrongful death claim asserted in the case styled <u>Ronald W. Krick, et al. v. The Boeing Company</u>, Case Number 4:98-CV-01400 SNL, United States District Court, Southern District of New York, has been settled and that no portion of the settlement sum was paid to the above-captioned estate and that the above-captioned estate has no other potential assets.

Respectfully submitted,

THE McAULIFFE LAW FIRM, L.L.P.

By: *William C. Foote*

William C. Foote, #37019
7777 Bonhomme Avenue
Suite 2004
Clayton, Missouri  63105
(314) 726-2090
(314) 726-1491 (Facsimile)

Attorneys for the Estate of Oliver Krick

SO ORDERED this 2nd day of August, 2001

*Debbie Wehmeir*

Clerk