# Exhibit 8

*In re: O. Lamar Allen, Deceased*, No. 96/1072/01, Probate Excerpts for Estates of O. Lamar Allen and Ashton Allen (Probate Ct. of Cobb County Ga. filed Aug. 7, 1996)

COUNTY OF COBB

STATE OF GEORGIA

96 AUG -7 PM 1:49

LAST WILL AND TESTAMENT

OF

O. LAMAR ALLEN

I, O. LAMAR ALLEN, of the County of Cobb and State of Georgia, being of sound mind and disposing memory, do make, publish and declare this to be my Last Will and Testament, hereby revoking all former Wills or Codicils at any time made by me.

I.

I direct the payment of all my just debts and funeral expenses.

II.

I give, devise and bequeath unto my Wife, ANNE McWHORTER ALLEN, if she survives me, all of my property, real, personal and mixed, wheresoever situate, that I may own or be enitled to receive at the time of my death, with the express limitation that she shall not sell any of my real estate until ten (10) years after the date of my death, and further subject to the bequests herein set forth in Paragraph IV.

III.

If my Wife does not survive me, then I give and bequeath to each of my children, now living or hereafter born, all of my estate, real personal and mixed.

IV.

I give and bequeath to each of my children, now living or hereafter born and for educational purposes only, a sum of money not to exceed Fifty Thousand ($50,000) Dollars. For this purpose my said Wife shall be the guardian, without bond, of any such child or children.

V.

I constitute and appoint my Wife, ANNE McWHORTER ALLEN, executrix of this My Last Will and Testament and direct that she shall

R-19 96 - 14

be permitted to qualify and act as such without being required to give bond. If my Wife predeceases me or in the event she does not wish to qualify as my executrix, then I constitute and appoint ~~the~~ _Sheldon Friedman, P.C._ ~~Bank~~, located at _1615 Peachtree St, Atlanta, Ga._ to be the executor of my estate.

IN WITNESS WHEREOF, I, the said O. LAMAR ALLEN, have to this my Last Will and Testament signed my name this ___8___ day of _August_, 198_8_.

_O. Lamar All_

O. LAMAR ALLEN

Signed, published and declared by O. LAMAR ALLEN as and for his Last Will and Testament, in the presence of us, the subscribing witnesses, who in his presence, at his request, and in the presence of one another, all being present at the same time, have hereunto subscribed our names as witnesses this the ___8th___ day of _Aug._, 198_8_.

_Lila A. Sherwood_
(Witness)          Notary Public, Georgia, State at Large
                   My Commission Expires Nov. 7, 1986

_____
(Address)

_John C. Wright_
(Witness)

_Lilburn, Georgia._
(Address)

_Floyd L. Allen Sr_
(Witness)

_COLUMBIA, S.C._
(Address)

STATE OF GEORGIA
COBB COUNTY
I, THE UNDERSIGNED, Clerk of the Probate Court of Cobb County, Georgia, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Probate Court of Cobb County, Georgia and that same is in full force and effect.
WITNESS my hand and Seal of the Probate Court at Marietta, Georgia this the 17th day of March, 2025

_____
Clerk, Probate Court of Cobb County

FILED OFFICE

95 AUG -7 PM 1:49

COBB COUNTY, GA

Georgia Probate Court
Standard Form

MICROFILMED

PETITION TO PROBATE WILL IN SOLEMN FORM

Page 14

GEORGIA, _____ COBB _____ COUNTY

To the Honorable Judge of the Probate Court:

The petition of _____ Betty Anne Allen _____,

whose mailing address is P. O. Box 720262, Atlanta, Georgia   30358 _____,

respectfully shows to the Court:

### 1.

On _____ July 17 _____, 19 96, _____ O. _____ Lamar _____ Allen _____

First                        Middle              Last

whose place of domicile was   3970 Paper Mill Road        Marietta    Cobb   Georgia  30067-4945

Street                                        City         County   State

and whose legal residence was   SAME

Street                                        City         County   State

departed this life owning property in Georgia.

### 2.

While alive, decedent duly made and published a Last Will and Testament dated

_____ August 8, 1983 _____, which is herewith offered for probate in

Solemn Form.  Your petitioner is named as the Executor.

### 3.

Listed below are all of the deceased's heirs at law, with the age, address and relationship to deceased set opposite the name of each:

| Name | Age | Address | Relationship |
|---|---|---|---|
| Betty Anne McWhorter Allen | Over 21 | 3970 Paper Mill Road Marietta, Georgia   30067-4945 | Wife |
| Amberly Anne Allen | 14 | 3970 Paper Mill Road Marietta, Georgia   30067-4945 | Daughter |
| Cameron Ross Allen | 13 | 3970 Paper Mill Road Marietta, Georgia   30067-4945 | Son |

Court Identification No.

Effective   7/86

-1-

4.

Additional Data: Where full particulars are lacking, state here the reasons for any such omission. Also, state here all pertinent facts which may govern the method of giving notice to any party and which may determine whether or not a guardian ad litem should be appointed for any party. If any heirs listed above are cousins, grandchildren, nephews or nieces of the deceased, please indicate the deceased ancestor through whom they are related to the deceased. If any executor nominated in the will has an equal or higher priority to the propounder, but will not qualify, indicate the name and reasons.

5.

To the knowledge of the petitioner, no other proceedings with respect to this estate are pending, or have been completed, in any other probate court in this state.

WHEREFORE, petitioner(s) pray(s) leave to prove said Will in solemn form, that due and legal notice be given as the law requires, that said Will be admitted to record on proper proof, that Letters Testamentary issue, and that this Court order such other relief as may be proper under the circumstances.

_____
Signature of Attorney (or    SHELDON E.
  petitioner if pro se)      FRIEDMAN
Address: Friedman & Montalto, P.C.
         1050 Crown Pointe Parkway, Suite 1550
         Atlanta, Georgia 30338
Telephone Number: (770) 395-1111

_____
Signature of Attorney (or
  petitioner if pro se)
Address:

Telephone Number:

GEORGIA, _____ COBB _____ COUNTY

Personally appeared before me the undersigned petitioner(s) who on oath state(s) that the facts set forth in the foregoing application are true.

_____
Petitioner  Betty Anne Allen
Residence Address: 3970 Paper Mill Road
                   Marietta, GA 30067-4945
Telephone Number: (770) 859-0000

_____
Petitioner
Residence Address:

Telephone Number:

Sworn to and subscribed before me, this 23rd day of July, 19 96.

_____
Clerk of Probate Court or Notary Public
Notary Public, Gwinnett County, Georgia
My Commission Expires Aug. 29, 1999

-2-



**Probate Court of Cobb County**

R-1396-14

**LETTERS TESTAMENTARY**
**(Not Relieved of Filing Returns)**
Estate Number 96-1072

From the Honorable Judge of Probate Court of said County.

WHEREAS, on the ___6th___ day of ___September___,

19__96___, at a regular term of the Probate Court, the Last Will and Testament dated ___August 8___, 19__83___, of _____

___O. Lamar Allen___, deceased, at the time of his/her death a resident of said County, was legally proven in common/solemn form and was admitted to record by order, and it was further ordered that ___Betty Anne Allen___,

named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

NOW, THEREFORE, the said ___Betty Anne Allen___

_____, having taken the oath of office and complied with all the necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all the powers of Executor(s) under the will of said deceased, according to the Will and the law; and is/are hereby required to render a true and correct inventory of all the goods, chattels, rights and credits of said deceased, and make a return of them to this court each year until the Executorship is fully discharged.

Given under my hand and official seal, the ___6th___ day of ___September___, 19__96___.

David A. Dodd
Judge of the Probate Court

Attested: Janice Bouldin

Clerk, Probate Court

EFFECTIVE 7/87

GPCSF 25

STATE OF GEORGIA
COBB COUNTY
I, THE UNDERSIGNED, Clerk of the Probate Court of Cobb County, Georgia, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Probate Court of Cobb County, Georgia and that same is in full force and effect.
WITNESS my hand and Seal of the Probate Court at Marietta, Georgia this the 17th day of March 2025

Clerk, Probate Court of Cobb County

ORDER

PROBATE COURT OF _____ COBB _____ COUNTY

RE: ESTATE OF                          )
                                       )
_____ O. LAMAR ALLEN _____ ,           )     PETITION FOR PROBATE IN SOLEMN
DECEASED                               )     FORM

It being shown to the Court in the matter of the alleged Last Will and Testament of the above-named deceased person, propounded by __ BETTY ANNE ALLEN __
_____ ,
named as Executor(X), that the said deceased died a resident of said County; and that due notice of the intention of said propounder(x) to proceed with the proof in solemn form at this term of court has been served on all of the heirs at law of said deceased, all in accordance with the laws of this State, and all other requirements of law having been fulfilled, and the said Will having been proven by (one of) the witnesses thereto to be the Last Will and Testament of said deceased as alleged by the propounder(s);

IT IS ORDERED by this Court that said Will be established as the Last Will and Testament of said deceased; that the same be admitted to record, as proven in solemn form; and that said Executor(s) have leave to qualify as such, and upon so doing, that Letters Testamentary issue to said Executor(s).

(Initial and complete the following if applicable:)

____  FURTHER ORDERED, that said Executor, being a non-resident of the State of
      Georgia, be relieved from posting bond, as provided in Item ___ of the
      Will and as provided by law.

_September 6, 1996_                    _David A. Dodd_
DATE                                  JUDGE OF THE PROBATE COURT

OATH

I do solemnly swear (or affirm) that this writing contains the true last will of the within named _____ O. LAMAR ALLEN _____ , deceased, so far as I know or believe, and that I will well and truly execute the same in accordance with the laws of the State. So help me God.

Sworn to, and subscribed before me,
this _4th_ day of _August_ 19 96 .        _Betty Anne Allen_
                                          Executor    BETTY ANNE ALLEN
_Carol Belcher_
Judge/Clerk of the Probate Court
                                          _____
                                          Executor

-7-

## INVENTORY

GEORGIA, PROBATE COURT OF _Cobb_ COUNTY

ESTATE NO. _96/1002/01_

**TO THE HONORABLE JUDGE OF THE PROBATE COURT OF SAID STATE AND COUNTY:**

The following is a true and complete inventory of the estate of:
_Ashton Allen - 16 yrs, Lamar Allen 49_ (Minor) (Incompetent) (Deceased),
_Allen, O. Lamar_ , _Allen, O. Lamar_, (Guardian) (Administrator) (Executor).

| ITEM | APPROXIMATE VALUE |
|---|---|

1. **REAL ESTATE:** (give address of property)
   Parcel One: _____
   Parcel Two: _____
   **TOTAL APPROXIMATE VALUE OF REAL ESTATE:** _____

2. **PERSONAL PROPERTY:**
   A. Bank Accounts: (give name of institution, value, and account number)
   1. Savings
      a. _No open accounts that I know of -_
      b. _were under $1,000. Closed it + paid_
   2. Checking _off a Judgement to Cobb American Bank_
      a. _to Larry Ruff who represented_
      b. _Cobb American Bank_
   3. Certificates of Deposit (institution & amount)
      a. _None_
      b. _____

   B. Stocks (give # of shares in each company), Bonds (give face amount), and Other Securities
   1. _None_
   2. _____
   3. _____

   C. Vehicles (automobiles, trucks, boats, etc.)
   1. _None_
   2. _____

   D. Other personal property & personal effects
   _Office furniture, desks, file cabinets, some oriental rugs, lamps._
   **TOTAL APPROXIMATE VALUE OF PERSONAL PROPERTY:** _$1,000.00_

Number of Additional Sheets Attached and Made a Part Hereof: _____
Amount of Bond Posted Previously _____
Amount of Bond Posted Herewith

_Betty Ann Allen_
_Anne Allen_
Guardian - Administrator - Executor

**ORDERED RECORDED** this _31st_ day of _March_ , 19 _97_ .

Sworn to and subscribed before me this _26th_ day of _February_ , 19 _96._

_David A. Dodd_
Judge of the Probate Court

Notary Public / Clerk, Probate Court

STATE OF GEORGIA
COBB COUNTY
I, THE UNDERSIGNED, Clerk of the Probate Court of
Cobb County, Georgia, DO HEREBY CERTIFY the
within and foregoing is a true and correct copy of the
original as it appears on record and file in the office of the
Probate Court of Cobb County, Georgia and that same is
in full force and effect.
WITNESS my hand and Seal of the Probate Court at
Marietta, Georgia this the ___ day of _____, 2025

_____
Clerk, Probate Court of Cobb County