**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RONALD KRICK, et al.,

                                                    C.A. No.: 1:23-cv-08093-AMD-JAM

                                    Plaintiffs,

        - against -                                 Donnelly, D.J.
                                                    Marutollo, M.J.


RAYTHEON COMPANY, et al.,

                                    Defendants.
-----------------------------------------------------------------X

## DECLARATION OF RALPH V. PAGANO, ESQ. IN SUPPORT OF DEFENDANT RAYTHEON COMPANY'S MOTION TO DISMISS

I, RALPH V. PAGANO, ESQ., an attorney duly licensed to practice law before the United States District Court for the Eastern District of New York, hereby declares under penalty of perjury that the foregoing is true and correct:

1.      I am a member of the firm of Fitzpatrick, Hunt & Pagano, LLP and counsel for Defendant Raytheon Company ("Raytheon").

2.      I submit this Declaration and the exhibits attached hereto in support of Raytheon's Motion to Dismiss and accompanying Memorandum of Law.

3.      Attached hereto as **Exhibit "A"** is a true and correct copy of the docket for *In re: Air Crash TWA*, No. 1:96cv7986, MDL No. 1161 (October 24, 1996) ("MDL Litigation"). Highlighted therein are docket entries reflecting the Stipulation and Orders of Dismissal for the estates of each of the decedents that are the subject of the above-captioned matter. Specifically, Docket Entries 261 (Kevorkian), 290 (Gaetke), 315 (Gough), 345 (Krick), 418 (Aston L. Allen), 420 (O. Lamar Allen), 421 (O. Lamar Allen #21), 470 (Dismissal of all Defendants).

---

[1] This action was brought separately and solely by decedent O. Lamar Allen's daughter, Dr. Christine Grogan, who is a Plaintiff here.

1

4.    Attached hereto as **Exhibit "B"** are true and correct copies of the following:

a.  Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of Donald E. Gough (98-CV-1524), dated December 18, 2000;

b.  Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of Ronald W. Krick (98-CV-7011), dated March 12, 2001;

c.  Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of Ashton Lamar Allen (97-CV-6032), dated November 28, 2001;

d.  Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the first lawsuit relating Death of Otis Lamar Allen (97-CV-6033), dated November 28, 2001;

e.  Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the second lawsuit relating to the Death of Otis Lamar Allen (97-CV-6753), dated November 9, 2001; and

f.  Stipulation and Order of Dismissal with Prejudice of All Defendants from *In re: Air Crash TWA*, No. 1:96cv7986, MDL No. 1161 (October 24, 1996).

5.    On February 7, 2024, The Raytheon Company issued a subpoena, with leave granted by this Court, to The Boeing Company seeking the releases entered into on behalf of the estates of Plaintiffs' decedents (and in some cases, on behalf of the Plaintiffs here) in the above-captioned matter as a result of the MDL Litigation. Exhibits "C" through "I" attached hereto are true and correct copies of the releases received from The Boeing Company in response to The Raytheon Company's subpoena. Specifically:

2

6.    Attached hereto as **Exhibit "C"** is a true and correct copy of the release relating to the claims brought on behalf of the estate and/or beneficiaries of Ronald W. Krick (98-CV-7011) in the MDL Litigation;

7.    Attached hereto as **Exhibit "D"** is a true and correct copy of the release relating to the claims brought on behalf of the estate and/or beneficiaries of Ashton Lamar Allen (97-CV-6032) in the MDL Litigation

8.    Attached hereto as **Exhibit "E"** is a true and correct copy of the release relating to the first set of claims brought on behalf of the estate and/or beneficiaries of Otis Lamar Allen (97-CV-6033) in the MDL Litigation;

9.    Attached hereto as **Exhibit "F"** is a true and correct copy of the release relating to the second set of claims brought on behalf of the estate and/or beneficiaries of Ashton Lamar Allen (98-CV-6753) in the MDL Litigation;

10.    Attached hereto as **Exhibit "G"** is a true and correct copy of the release relating to the claims brought on behalf of the estate and/or beneficiaries of Daniel J. Gaedtke (98-CV-4099) in the MDL Litigation;

11.    Attached hereto as **Exhibit "H"** is a true and correct copy of the release relating to the claims brought on behalf of the estate and/or beneficiaries of Donald E. Gough (98-CV-1524) in the MDL Litigation;

12.    Attached hereto as **Exhibit "I"** is a true and correct copy of the release relating to the claims brought on behalf of the estate and/or beneficiaries of Ralph G. Kevorkian (97-CV-9335) in the MDL Litigation.

Dated: April 1, 2025

FITZPATRICK, HUNT & PAGANO, LLP

By:

Ralph V. Pagano, Esq. (RP7138)
12 East 49th Street, 34th Floor
New York, New York 10017
T: (212) 937-4000
F: (212) 937-4050
ralph.pagano@fitzhunt.com

*Attorneys for Defendant*
*RAYTHEON COMPANY*

4

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 1, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the U.S. District Court for the Eastern District of New York, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants of record in this matter.

Dated: April 1, 2025

By:     */s/ Anca Popa*
_____
Anca Popa