# EXHIBIT B

Case 1:23-cv-08093-AMD-JAM   Document 187-2   Filed 04/01/25   Page 1 of 25 PageID #: 1145

DOC # 315



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AIR CRASH OFF LONG ISLAND,
NEW YORK, ON JULY 17, 1996

96 Civ. 7986 (RWS)  *File Here*
M.D.L. No. 1161

This Document Relates To:
Gough, et al. v. Boeing, et al.
98-CIV-1524 (RWS)

DISMISSAL WITH PREJUDICE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS ARISING FROM THE DEATH OF
DONALD E. GOUGH**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto by their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims by or on behalf of the estate or the beneficiaries of decedent Donald E. Gough (including William E. Smith, Erik E. Gough and Eileen Zaharioudakis) shall be, and hereby are dismissed. This dismissal shall be with prejudice, each party to bear its own costs and attorneys' fees.

DATED: December 18, 2000.

- 1 -

[01038-3137/SL003772.975]

Stipulated and Agreed:

SPEISER, KRAUSE, NOLAN & GRANITO

By _Frank H. Granito, Jr._
Frank H. Granito, Jr.,

East 45th Street, 34th Floor
New York, New York  10017
(212) 661-0011

Attorneys for Plaintiffs

PERKINS COIE LLP

By _Jay S. Brown_
Keith Gerrard (KG-2233)
Steven S. Bell (SB-7459)
Jay S. Brown (JB-3080)

1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

REBOUL, MacMURRAY, HEWITT,
MAYNARD & KRISTOL
   William I. Sussman (WS-7552)
45 Rockefeller Plaza
New York, New York  10111
(212) 841-5700

Attorneys for Defendant
The Boeing Company

- 2 -

[01038-3137/SL003772.975]

HAIGHT GARDNER HOLLAND & KNIGHT
A Law Office of Holland & Knight LLP


By _William C. Brown III_
    Randall R. Craft, Jr. (RC-6025)
    William C. Brown, III (WB-6590)
    Alan D. Reitzfeld (AR-1196)

195 Broadway
New York, NY 10007-3189
(212) 341-7000

Attorneys for Defendant
Trans World Airlines, Inc.


DOMBROFF & GILMORE


By _____
    Mark A. Dombroff (MD-3411)
    Dane B. Jaques (DJ-6331)

West Lobby, Suite 300
1025 Thomas Jefferson Street, NW
Washington, D.C. 20007-5201
(202) 965-6100

Attorneys for Defendant
Hydro-Aire, Inc.


So Ordered the 31 day of January 2000.

_____
Robert W. Sweet
U.S.D.J.

- 3 -

[01038-3137/SL003772.975]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  AIR CRASH OFF LONG ISLAND,
NEW YORK, ON JULY 17, 1996

96 Civ. 7986 (RWS)   ← File here
M.D.L. No. 1161

This Document Relates To:
Krick, et al. v. Boeing, et al.
98-CIV-7011 (RWS) ← docket

DISMISSAL WITH PREJUDICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ARISING FROM THE DEATH OF RONALD W. KRICK

IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto by their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims by or on behalf of the estate or the beneficiaries of decedent Ronald W. Krick (including Margaret J. Krick and Christopher Krick) shall be, and hereby are dismissed.  This dismissal shall be with prejudice, each party to bear its own costs and attorneys' fees.

DATED: March 12, 2001.

- 1 -

[01038-3137/SL010610.338]

Stipulated and Agreed:

SCHADEN, KATZMAN, LAMPERT & McCLUNE

By _____

Bruce A. Lampert

11870 Airport Way
Broomfield, Colorado  80021-2555
(303) 465-3663

Attorneys for Plaintiffs

PERKINS COIE LLP

By _____

Keith Gerrard (KG-2233)
Steven S. Bell (SB-7459)
Jay S. Brown (JB-3080)

1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

REBOUL, MacMURRAY, HEWITT, MAYNARD & KRISTOL
     William I. Sussman (WS-7552)
45 Rockefeller Plaza
New York, New York  10111
(212) 841-5700

Attorneys for Defendant
The Boeing Company

- 2 -

[01038-3137/SL010610.338]

HAIGHT GARDNER HOLLAND & KNIGHT
A Law Office of Holland & Knight LLP


By  *William C. Brown III*

    Randall R. Craft, Jr. (RC-6025)
    William C. Brown, III (WB-6590)
    Alan D. Reitzfeld (AR-1196)

195 Broadway
New York, NY 10007-3189
(212) 341-7000

Attorneys for Defendant
Trans World Airlines, Inc.


DOMBROFF & GILMORE


By

    Mark A. Dombroff (MD-3411)
    Dane B. Jaques (DJ-6331)

West Lobby, Suite 300
1025 Thomas Jefferson Street, NW
Washington, D.C. 20007-5201
(202) 965-6100

Attorneys for Defendant
Hydro-Aire, Inc.


So Ordered the 10th day of _____ 2001.


Robert W. Sweet
U.S.D.J.

- 3 -

[01038-3137/SL010610.338]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  AIR CRASH OFF LONG ISLAND,
NEW YORK, ON JULY 17, 1996

96 Civ. 7986 (RWS)
M.D.L. No. 1161

This Document Relates To:
Meshulam, et al. v. Boeing, et al.
**97-CIV-5612 (RWS)** •

DISMISSAL WITH PREJUDICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ARISING FROM THE DEATH OF AVISHAI MESHULAM

IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto by their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims by or on behalf of the estate or the beneficiaries of decedent Avishai Meshulam (including Shimon Meshulam, Ziava Meshulam, Noam Meshulam and Oshat Grienberg) shall be, and hereby are dismissed. This dismissal shall be with prejudice, each party to bear its own costs and attorneys' fees.

DATED: MAY  14         , 2001.

- 1 -

[01038-3137/SL011300.281]

Stipulated and Agreed:

KREINDLER & KREINDLER

By _James P. Kreindler_
James P. Kreindler

100 Park Avenue
New York, New York  10017
(212) 687-8181

Attorneys for Plaintiffs

PERKINS COIE LLP

By _JAY BROWN_

Keith Gerrard (KG-2233)
Steven S. Bell (SB-7459)
Jay S. Brown (JB-3080)

1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

REBOUL, MacMURRAY, HEWITT,
MAYNARD & KRISTOL
    William I. Sussman (WS-7552)
45 Rockefeller Plaza
New York, New York  10111
(212) 841-5700

Attorneys for Defendant
The Boeing Company

- 2 -

[01038-3137/SL011300.281]

HAIGHT GARDNER HOLLAND & KNIGHT
A Law Office of Holland & Knight LLP

By _William C. Br— III_
Randall R. Craft, Jr. (RC-6025)
William C. Brown, III (WB-6590)
Alan D. Reitzfeld (AR-1196)

195 Broadway
New York, NY 10007-3189
(212) 341-7000

Attorneys for Defendant
Trans World Airlines, Inc.

DOMBROFF & GILMORE

By _____
Mark A. Dombroff (MD-3411)
Dane B. Jaques (DJ-6331)

West Lobby, Suite 300
1025 Thomas Jefferson Street, NW
Washington, D.C. 20007-5201
(202) 965-6100

Attorneys for Defendant
Hydro-Aire, Inc.

So Ordered the 5 day of _June_ 2001.

_____
Robert W. Sweet
U.S.D.J.

- 3 -

[01038-3137/SL011300.281]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AIR CRASH OFF LONG ISLAND,
NEW YORK, ON JULY 17, 1996

96 Civ. 7986 (RWS)
M.D.L. No. 1161

This Document Relates To:
Allen, et al. v. Boeing, et al.
97-CIV-6032 (RWS)

DISMISSAL WITH PREJUDICE

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ARISING FROM THE DEATH OF ASHTON LAMAR ALLEN

IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto by their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims by or on behalf of the estate or the beneficiaries of decedent Ashton Lamar Allen (including Betty Anne Allen) shall be, and hereby are dismissed. This dismissal shall be with prejudice, each party to bear its own costs and attorneys' fees.

DATED: NOVEMBER 28, 2001.

- 1 -

[01038-3137/SL013120.115]

Stipulated and Agreed:

MAYFIELD, COMMANDER & McMENAMY,
L.L.C.

By _____
Scott C. Commander

720 Candler Building
127 Peachtree Street NE
Atlanta, Georgia  30303
(404) 584-8002

Attorneys for Plaintiffs

PERKINS COIE LLP

By _____
Keith Gerrard (KG-2233)
Steven S. Bell (SB-7459)
Jay S. Brown (JB-3080)

1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

REBOUL, MacMURRAY, HEWITT,
MAYNARD & KRISTOL
    William I. Sussman (WS-7552)
45 Rockefeller Plaza
New York, New York  10111
(212) 841-5700

Attorneys for Defendant
The Boeing Company

HAIGHT GARDNER HOLLAND & KNIGHT
A Law Office of Holland & Knight LLP

By _William C. Brown III_

Randall R. Craft, Jr. (RC-6025)
William C. Brown, III (WB-6590)
Alan D. Reitzfeld (AR-1196)

195 Broadway
New York, NY 10007-3189
(212) 341-7000

Attorneys for Defendant
Trans World Airlines, Inc.

DOMBROFF & GILMORE

By _____

Mark A. Dombroff (MD-3411)
Dane B. Jaques (DJ-6331)

West Lobby, Suite 300
1025 Thomas Jefferson Street, NW
Washington, D.C. 20007-5201
(202) 965-6100

Attorneys for Defendant
Hydro-Aire, Inc.

So Ordered the ___ day of _January_ 2008

_____
Robert W. Sweet
U.S.D.J.





RECE'
JAN 28 2002
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  AIR CRASH OFF LONG ISLAND,
NEW YORK, ON JULY 17, 1996

96 Civ. 7986 (RWS)
M.D.L. No. 1161

This Document Relates To:
Allen, et al. v. Boeing, et al.
**97-CIV-6033 (RWS)**

DISMISSAL WITH PREJUDICE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS ARISING FROM THE DEATH OF
OTIS LAMAR ALLEN**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto by
their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims by or on behalf
of the estate or the beneficiaries of decedent Otis Lamar Allen (including Betty Anne Allen,
Amberly Anne Allen, Cameron Ross Allen, Henry Allen and Joceil Allen) shall be, and hereby
are dismissed.  This dismissal shall be with prejudice, each party to bear its own costs and
attorneys' fees.

DATED: NOVEMBER 28, 2001.

- 1 -

[01038-3137/SL013120.132]

Stipulated and Agreed:

MAYFIELD, COMMANDER & McMENAMY, L.L.C.

By _____
Scott C. Commander

720 Candler Building
127 Peachtree Street NE
Atlanta, Georgia  30303
(404) 584-8002

AARON J. BRODER & JONATHAN C. REITER

By _(SIGNED IN COUNTERPART)_____
Jonathan C. Reiter

Empire State Building
350 Fifth Avenue, Suite 2811
New York, New York  10118
(212) 244-2000

Attorneys for Plaintiffs

PERKINS COIE LLP

By _____
Keith Gerrard (KG-2233)
Steven S. Bell (SB-7459)
Jay S. Brown (JB-3080)

1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

Stipulated and Agreed:

MAYFIELD, COMMANDER & McMENAMY, L.L.C.

By _(SIGNED IN COUNTERPART)_

    Scott C. Commander

720 Candler Building
127 Peachtree Street NE
Atlanta, Georgia 30303
(404) 584-8002

AARON J. BRODER & JONATHAN C. REITER

By _(signature)_

    Jonathan C. Reiter

Empire State Building
350 Fifth Avenue, Suite 2811
New York, New York 10118
(212) 244-2000

Attorneys for Plaintiffs

PERKINS COIE LLP

By _(SIGNED IN COUNTERPART)_

    Keith Gerrard (KG-2233)
    Steven S. Bell (SB-7459)
    Jay S. Brown (JB-3080)

1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

- 2 -

[01038-3137/SL013120.132]

REBOUL, MacMURRAY, HEWITT,
MAYNARD & KRISTOL
    William I. Sussman (WS-7552)
45 Rockefeller Plaza
New York, New York  10111
(212) 841-5700

Attorneys for Defendant
The Boeing Company

HAIGHT GARDNER HOLLAND & KNIGHT
A Law Office of Holland & Knight LLP


By _William C. Brown III_

    Randall R. Craft, Jr. (RC-6025)
    William C. Brown, III (WB-6590)
    Alan D. Reitzfeld (AR-1196)

195 Broadway
New York, NY 10007-3189
(212) 341-7000

Attorneys for Defendant
Trans World Airlines, Inc.



DOMBROFF & GILMORE


By _____
    Mark A. Dombroff (MD-3411)
    Dane B. Jaques (DJ-6331)

West Lobby, Suite 300
1025 Thomas Jefferson Street, NW
Washington, D.C. 20007-5201
(202) 965-6100

Attorneys for Defendant
Hydro-Aire, Inc.

- 3 -

[01038-3137/SL013120.132]

- 4 -

So Ordered the ___ day of January 2007.

_____
Robert W. Sweet
U.S.D.J.

[01038-3137/SL013120.132]

CASE
CLOSED
1/29/02

MICROFILM
JAN 2 9 2002

DOC #: 421



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AIR CRASH OFF LONG ISLAND,
NEW YORK, ON JULY 17, 1996

96 Civ. 7986 (RWS)
M.D.L. No. 1161

This Document Relates To:
Grogan, et al. v. Boeing, et al.
**98-CIV-6753 (RWS)** ● FILE IN

DISMISSAL WITH PREJUDICE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS ARISING FROM THE DEATH OF
O. LAMAR ALLEN**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties hereto by

their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims by or on behalf

of the estate or the beneficiaries of decedent O. Lamar Allen (including Christine Grogan)

shall be, and hereby are dismissed. This dismissal shall be with prejudice, each party to bear

its own costs and attorneys' fees.

DATED: 11/9/01 , 2001.

- 1 -

[01038-3137/SL013120.122]

Stipulated and Agreed:

GORBY, REEVES, PETERS & BURNS, P.C.

By _____

Michael J. Gorby

Resurgens Plaza, 21st Floor
945 East Paces Ferry Road
Atlanta, Georgia   30326
(212) 687-8181

Attorneys for Plaintiffs

PERKINS COIE LLP

By _____

Keith Gerrard (KG-2233)
Steven S. Bell (SB-7459)
Jay S. Brown (JB-3080)

1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

REBOUL, MacMURRAY, HEWITT,
MAYNARD & KRISTOL
   William I. Sussman (WS-7552)
45 Rockefeller Plaza
New York, New York  10111
(212) 841-5700

Attorneys for Defendant
The Boeing Company

-2-

[01038-3137/SL013120.122]

HAIGHT GARDNER HOLLAND & KNIGHT
A Law Office of Holland & Knight LLP


By ___William C. Brown III___
    Randall R. Craft, Jr. (RC-6025)
    William C. Brown, III (WB-6590)
    Alan D. Reitzfeld (AR-1196)

195 Broadway
New York, NY 10007-3189
(212) 341-7000

Attorneys for Defendant
Trans World Airlines, Inc.


DOMBROFF & GILMORE


By_____
    Mark A. Dombroff (MD-3411)
    Dane B. Jaques (DJ-6331)

West Lobby, Suite 300
1025 Thomas Jefferson Street, NW
Washington, D.C. 20007-5201
(202) 965-6100

Attorneys for Defendant
Hydro-Aire, Inc.


So Ordered the 28 day of January 2001

_____
Robert W. Sweet
U.S.D.J.

- 3 -

[01039 3137/SL 013120 1221]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  AIR CRASH OFF LONG ISLAND,
NEW YORK, ON JULY 17, 1996

96 Civ. 7986 (RWS)
M.D.L. No. 1161

This Document Relates To:
**ALL CASES**

DISMISSAL OF DEFENDANTS
WITH PREJUDICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## OF ALL DEFENDANTS FROM CONSOLIDATED ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between all defendants by their undersigned counsel and the plaintiffs' committee by its undersigned Plaintiffs' Liaison Counsel, that all personal injury and wrongful death claims arising from the loss of TWA Flight 800 have been resolved and that each individual action pending before this Court as part of this Consolidated Action has been dismissed with prejudice or administratively closed. The parties therefore stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1) and M.D.L. Rule 7.6(a), that all defendants herein shall be, and hereby are dismissed with prejudice, each party to bear its own costs and attorneys' fees. This Consolidated Action shall remain open and this Court shall retain jurisdiction for the purposes of implementing the Court's Order of October 18, 2002 concerning the plaintiffs' committee's fees and expenses, discharging the plaintiffs' committee, and dismissing this Consolidated Action.

- 1 -

[01038-3137/SL033030.119]

DATED: November 5, 2003.

Stipulated and Agreed:

KREINDLER & KREINDLER

By _____
Steven R. Pounian,
Plaintiffs' Liaison Counsel

100 Park Avenue
New York, New York  10017
(212) 687-8181

PERKINS COIE LLP

By _____
Keith Gerrard (KG-2233)
Steven S. Bell (SB-7459)
Jay S. Brown (JB-3080)

1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

ROPES & GRAY
William I. Sussman (WS-7552)
45 Rockefeller Plaza
New York, New York  10111
(212) 841-5700

Attorneys for Defendant
The Boeing Company

HAIGHT GARDNER HOLLAND & KNIGHT
A Law Office of Holland & Knight LLP

- 2 -

[01038-3137/SL033030.119]

By _William C Brown III_
Randall R. Craft, Jr. (RC-6025)
William C. Brown, III (WB-6590)
Alan D. Reitzfeld (AR-1196)

195 Broadway
New York, NY 10007-3189
(212) 341-7000

Attorneys for Defendant
Trans World Airlines, Inc.


DOMBROFF & GILMORE


By _Dane Jaques_
Mark A. Dombroff (MD-3411)
Dane B. Jaques (DJ-6331)

West Lobby, Suite 300
1025 Thomas Jefferson Street, NW
Washington, D.C. 20007-5201
(202) 965-6100

Attorneys for Defendant
Hydro-Aire, Inc.


So Ordered the _10_ day of _March_ 2004

_____
Robert W. Sweet
U.S.D.J.

[01038-3137/SL033O30.119]



Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
Counsel

**KREINDLER & KREINDLER** LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan A. Friery, M.D.**
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher
Paul A. Loh
Susan D. Bainnson
Dennis J. Nolan
Myrna Ocasio
Vincent I. Parrett

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
**Admitted in MA & DC only

(212) 973-3477
spounian@kreindler.com

March 3, 2004

BY HAND

Hon. Robert W. Sweet
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

> Re:   In re Air Crash Off Long Island, New York on July 17, 1996
>        96 Civ. 7986 (RWS); MDL 1161

Dear Judge Sweet:

Enclosed is a proposed Stipulation and Order of Dismissal with Prejudice of all Defendants from Consolidated Action.

The parties jointly request that the Court approve and sign the proposed Stipulation and Order of Dismissal.

Sincerely,

Kreindler & Kreindler LLP

By:   Steven R. Pounian

SRP:lr
Enclosure
cc:   Jay S. Brown, Esq.
       William C. Brown, III, Esq.
       Dane B. Jaques, Esq.

142901
v1