## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### (Brooklyn)

**RONALD KRICK**, et al.,

     Plaintiffs,

v.                              Civil Docket No. 1:23-cv-08093-AMD-JAM

**RAYTHEON COMPANY**, et al.,

     Defendants.

---

### DECLARATION OF STEPHANI L. AYERS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS

I, Stephani L. Ayers, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an attorney duly licensed to practice law and am admitted *pro hac vice* in this matter as counsel for Plaintiffs. I have personal knowledge of the facts set forth in this declaration.

2. Attached as Attachment A is a true and correct copy of the transcript from hearing with Judge Ann Donnelly from Dec. 13, 2023.

3. Attached as Attachment B is true and correct copies of estate related documentation demonstrating the following:

    (a) Lamar O. Allen: Letters Testamentary showing Plaintiffs confirmed Allen's estate remains open and was never closed. [Att. B, p. 1-7]

(b)  Charles Gray III:  Order Re-opening Estate and Re-appointing Administrator for Estate of Charles Henry Gray III showing Mr. Gray's estate is open. [Att. B, p. 12-13]

(c) Ralph Kevorkian: Petition to reopen Ralph Kevorkian's estate by his son Douglas, initially rejected due to clerical errors as of June 20, 2025, but resubmitted on June 23, 2025 [Att. B, pp. 14-34].

(d) Oliver Krick: Order showing this estate is open as of July 15, 2025. [Att. B, pp. 35-36]

(e) Donald Gough: Signed petitions and affidavits filed to reopen the estate, which are pending.  [Att. B, pp. 8-11]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _28th day of  July, 2025, at Titusville, Florida.


_____ s/Stephani L. Ayers_____
Stephani L. Ayers
Attorney for Plaintiffs