MICROFILMED



# Probate Court of Cobb County

R-1 9 96 - 14

### LETTERS TESTAMENTARY
#### (Not Relieved of Filing Returns)
Estate Number 96-1072

From the Honorable Judge of Probate Court of said County.

WHEREAS, on the ___6th___ day of ___September___,

__19 96__, at a regular term of the Probate Court, the Last Will and

Testament dated ___August 8___, __19 83__, of _____

___O. Lamar Allen___, deceased, at the time of his/her

death a resident of said County, was legally proven in ~~common~~/solemn

form and was admitted to record by order, and it was further ordered

that ___Betty Anne Allen_____,

named as Executor(s) in said Will, be allowed to qualify, and that upon

so doing, Letters Testamentary be issued to such Executor(s).

NOW, THEREFORE, the said ___Betty Anne Allen___

_____, having taken the oath of office and complied

with all the necessary prerequisites of the law, is/are legally

authorized to discharge all the duties and exercise all the powers of

Executor(s) under the will of said deceased, according to the Will and

the law; and is/are hereby required to render a true and correct

inventory of all the goods, chattels, rights and credits of said

deceased, and make a return of them to this court each year until the

Executorship is fully discharged.

Given under my hand and official seal, the ___6th___ day of

___September___, 19 __96__.

_David A. Dodd_
Judge of the Probate Court

Attested: Janice Bouldin

_Janice Bouldin_
Clerk, Probate Court

**EFFECTIVE 7/87**

GPCSF 25

STATE OF GEORGIA - COBB COUNTY
I, THE UNDERSIGNED, Clerk of the Probate Court of
Cobb County, Georgia, DO HEREBY CERTIFY the
within and foregoing is a true and correct copy of the
original as it appears on record and file in the office of the
Probate Court of Cobb County, Georgia and that same is
in full force and effect.
WITNESS my hand and Seal of the Probate Court at
Marietta, Georgia this the ___11___ day of _June___
2025

Clerk, Probate Court of Cobb County

# IN THE PROBATE COURT OF COBB COUNTY

## STATE OF GEORGIA

IN RE:                                    )

ESTATE OF O. LAMAR ALLEN      )          ESTATE NO: 96-1092

  (DECEASED)                       )

## EXPEDITED PETITION TO APPOINT SUCCESSOR EXECUTOR

**Action Requested:**

On behalf of the Estate of O. Lamar Allen, I, Sheldon E. Friedman, as President of the Successor Executor, Sheldon Friedman, PC, named in Last Will and Testament of O. Lamar Allen dated August 8, 1983 (attached), naming Ms. Betty Anne Allen as Executor and Sheldon Friedman, PC as Successor Executor, hereby requests judicial appointment as Successor Executor and issuance of Letters Testamentary in the name of Sheldon Friedman, PC. The Petitioner respectfully requests expedited consideration of this Petition due to the short time frame of the currently pending New York litigation discussed below.

**Status of The Estate**

The Clerk of this Court provided the Sheldon E. Friedman with a Certification of Active Status of the Estate on June 11, 2025, attached hereto.

STATE OF GEORGIA - COBB COUNTY

I, THE UNDERSIGNED, Clerk of the Probate Court of Cobb County, Georgia, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Probate Court of Cobb County, Georgia and that same is in full force and effect.

WITNESS my hand and Seal of the Probate Court at Marietta, Georgia this the ____11____ day of __June__ __2025__

_____

Clerk, Probate Court of Cobb County

1

**Declination or Unavailability of Current Executor Betty Anne Allen:**

I have tried to reach Ms. Allen numerous times. Ms. Allen's son, Cameron Allen, reported that Ms. Allen does not want to open old wounds and therefore does not want to deal with this situation. Ms. Allen's last known contact information is:

Ms. Betty Anne Allen
156 Grove Lane
St. Simmons, GA 31522

**Factual Summary:**

On July 17, 1996, Mr. Allen died onboard TWA Flight 800, which exploded and crashed into the Great South Bay off Long Island, New York. His Last Will and Testament dated August 8, 1983 (attached) named his wife, Betty Anne Allen, as Executor and Sheldon Friedman, PC as Successor Executor of his estate. When Ms. Allen completed her duties, she did not close the Estate, which still remans open.

After years of investigating the explosion, it has been discovered that the explosion did not occur as originally represented to the families, who appear to have been deliberately misled to avoid liability. Federal Court Findings *prima facie* supporting this conclusion were entered by a Memorandum and Order dated September 29, 2023, in ***Krick et al. v. Raytheon Company et al.*** in the U.S. District Court for the District of Massachusetts, Civil Case No. 1:22-cv-11032-AK. The Order recognized new evidence that TWA Flight 800 was struck by a U.S. missile during Department of Defense (DOD) testing, contrary to the National Transportation Safety Board's (NTSB) 2000 finding of a fuel tank explosion.

If these facts can be proven at trial, there is a reasonable expectation that Mr. Allen's Estate could receive substantial funds. If the Plaintiffs can overcome the pending Motion to Dismiss, there may be an opportunity to settle the case on favorable terms.

2

**The Pending Litigation**

The litigation originally filed in Massachusetts (attached) was transferred to New York City and is currently pending as ***Krick et al. v. Raytheon Company et al.*** in the U.S. District Court for the Eastern District of New York (Brooklyn), Civil Docket Case No. 1:23-cv-08093-AMD-JAM. The posture of the case is Extension of Time granted until **June 26, 2025**, for Plaintiffs to respond to the pending Motion to Dismiss. The last docket entry is below:

> ORDER granting 191 Motion for Extension of Time to File. The plaintiffs are
> directed to file their response to the defendants' motions to dismiss by June 26,
> 2025. The defendants are directed to file their replies, if any, by July 31, 2025.
> Ordered by Judge Ann M. Donnelly on 6/11/2025. (EHS) (Entered: 06/11/2025)

My understanding is there are evidentiary bases for dismissal as well as standing issues requiring the estates of the named plaintiffs to prove active status to continue as litigants. Having established viability of the cause of action, the plaintiffs' group is in search of joinder by the estates of currently unnamed victims of the crash. While Mr. Allen's Estate is not currently listed as a named plaintiff, I have good reason to believe that Mr. Allen's Estate will be permitted to join by timely filed motion filed promptly at this stage of the litigation.

**Active Participation of Substitute Executor:**

Like the Estate of Mr. Allen, the named plaintiffs in the New York litigation are estates created in 1996, some of which may be closed, represented primarily by family members with no knowledge of the facts and posture of the case, the scientific evidence, the requirement of probate reinstatement, or the legal requirements of the New York litigation. I have been in continual contact with Tom Stalcup, the lead scientist who accumulated and analyzed the evidence of the crash. Dr. Stalcup is primarily communicating with the attorneys and coordinating with current

and potential plaintiffs, such as Mr. Allen's Estate, at this stage of the litigation. I have assisted Dr. Stalcup by contacting and discussing the case with several New York counsels.

As a long-term attorney who has taken a substantive interest in the litigation, and familiarized myself with the legal and representation issues, I am prepared to actively assist the plaintiff's group in coordinating the efforts of plaintiffs, searching for replacement lead counsel, and serving as liaison or representative of the plaintiff's group if asked to serve in this role.

**Request For Contingent Fee:**

As the Estate has no financial assets and no prospect for obtaining financial assets other than the referenced litigation, and this matter will require assistance of counsel familiar with litigation, probate and scientific matters, I request a contingent fee of twenty percent (20%) of funds ultimately disbursed by the Estate, plus expenses, with authorization to engage and divide the contingent fee with associate counsel so long as the total legal fee does not exceed the authorized contingent fee stated above.

Respectfully submitted June 23, 2025.

Sheldon Friedman, PC

By: Sheldon E. Friedman, President
6075 Barfield Road, Suite 210
Atlanta, GA 30328
404-236-8604
sfriedman@fdmlaw.com

4

## VERIFICATION

FILED IN OFFICE

2025 JUN 23 PM 2:29

PROBATE COURT OF

I, Sheldon E. Friedman, swear, attest and verify that I have read the document identified above, that the statements of fact in the document based on my personal knowledge are true and correct to the best of my knowledge, and the statements based on information and belief are believed to be true and correct based on the information available to me.

_Sheldon E. Friedman_
Sheldon E. Friedman

_June 23, 2025_
Date Executed


**GEORGIA, COBB COUNTY**

Personally appeared before me **Sheldon E. Friedman**, who presented government issued photo identification (Georgia Drivers License), and, after being dully sworn, stated that the facts set forth in the foregoing document are true and correct.


Sworn to and subscribed before me this

_23_ day of _June_, 2025.

_Cynthia C Coakley_
NOTARY

My Commission Expires _3/17/2029_

SEAL

## AFFIDAVIT OF EILEEN ZAHRIOUDAKIS

I, EILEEN ZAHRIOUDAKIS, being first duly sworn, declare as follows:

1. I am the sister of the decedent, Donald Ellis Gough, who died on July 17, 1996, while residing in Incline Village, Washoe County, Nevada.

2. The Estate of Donald E. Gough was previously administered and closed by this Court under Case No. CV96-05099, with Donald's son, Erik Gough, appointed as the Administrator. Erik Gough is now deceased.

3. Erik Gough is survived by his spouse, Julie Winter, and their three children, Kate, Sophie, and Lillie Gough.

4. I seek to reopen the estate for the limited purpose of representing it in a pending federal wrongful death action, *Krick v. Raytheon Technologies Corp. et al.*, Case No. 1:21-cv-11080-FDS, in the United States District Court for the District of Massachusetts. The lawsuit alleges that decedents aboard TWA Flight 800, including Donald Gough, died due to undisclosed missile testing, and raises claims based on newly uncovered evidence.

5. In August 2023, the federal district court denied defendants' motions to dismiss, finding that plaintiffs had sufficiently alleged fraudulent concealment and misrepresentation. That decision permitted the estate's claims to move forward. (See Exhibit A of the main petition filing, filed simultaneously with this affidavit.)

6. I am over 18 years old, of sound mind, under no legal disability, and I am willing to serve as Administrator for this limited purpose. I request to do so without compensation or bond. I do not seek reopening for purposes of distribution or estate administration, but solely to assert the estate's legal interest.

7. To the best of my knowledge, no new assets have been discovered, and all prior estate obligations were resolved in 1999.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: _5/16/25_

*Eileen Zahrioudakis*

EILEEN ZAHRIOUDAKIS
110 Park Lane
Sonoma, CA 95476
Phone: 707-280-3222
Email: porkysonions@comcast.net

Subscribed and sworn before me
this ___ day of _____ 2025.

_____
NOTARY PUBLIC
My Commission Expires: _____

# California Jurat Loose Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Sonoma_ } ss.

Subscribed and sworn to (or affirmed) before me this _16_ day of _May_, 20_25_

by _Eileen Zaharioudakis_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared

before me.

_Jacque Sachiko Yu_
Notary Public Signature

Seal

JACQUELYN SACHIKO YU
Notary Public - California
Sonoma County
Commission # 2501813
My Comm. Expires Nov 7, 2028

─────── Optional Information ───────

To help prevent fraud, it is recommended that you provide information about the attached document below.
***This is not required under California State notary public law.***

Document Title: _Affidavit of Eileen Zaharioudakis_     # of Pages: _1_

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

PETITION----

Second Judicial District Court
Washoe County, State of Nevada

In the Matter of the Estate of
DONALD ELLIS GOUGH, Deceased.

Case No. CV96-05099
Dept. No. ___

## PETITION TO REOPEN ESTATE FOR LIMITED PURPOSE OF REPRESENTATION IN RELATED LITIGATION

COMES NOW, EILEEN ZAHRIOUDAKIS, sister of the decedent DONALD E. GOUGH, and respectfully petitions this Court to reopen the above-captioned estate for the limited purpose of authorizing the undersigned to serve as Administrator and represent the estate in pending litigation. In support of this Petition, Petitioner alleges as follows:

1. Petitioner is the sister of the decedent, DONALD E. GOUGH, who passed away on July 17, 1996, while domiciled in Washoe County, Nevada.

2. The Estate of Donald E. Gough was originally administered in this Court under Case No. CV96-05099, and was closed by Final Order of Distribution entered on August 26, 1999.

3. The original court-appointed Administrator of the estate was the decedent's son, ERIK GOUGH, who is now deceased.

4. Erik Gough is survived by his spouse, JULIE WINTER, and their three children—KATE GOUGH, SOPHIE GOUGH, and LILLIE GOUGH—who are the biological grandchildren of the decedent.

5. Petitioner now seeks to reopen the estate for the sole and limited purpose of representing it in a pending federal lawsuit entitled *Krick et al. v. Raytheon Technologies Corp. et al.*, Case No. 1:21-cv-11080-FDS, filed in the United States District Court for the District of Massachusetts. The action involves wrongful death claims on behalf of victims of the TWA Flight 800 crash, including Donald E. Gough.

6. In August 2023, the U.S. District Court for the District of Massachusetts denied motions to dismiss filed by the defendants in the *Krick* case. The court found that the plaintiffs had plausibly alleged fraudulent concealment and affirmative misrepresentations sufficient to toll the statute of limitations. A copy of that ruling is attached as Exhibit A.

7. Petitioner is a family member, is of legal age, and is competent to serve. She is willing to act as Administrator for this limited litigation purpose and is not seeking distribution of any estate assets. She requests appointment without bond and without compensation.

8. Petitioner affirms that, to the best of her knowledge, no new estate assets have been discovered, and this petition is brought solely to protect the estate's interest in ongoing litigation.

WHEREFORE, Petitioner respectfully prays that the Court:

1. Reopen the Estate of Donald E. Gough for the limited purpose of federal litigation;
2. Appoint Petitioner, EILEEN ZAHRIOUDAKIS, as Administrator for that purpose;
3. Issue Letters of Administration for limited litigation authority;
4. Waive bond and authorize Petitioner to serve pro se and without compensation;
5. Grant such further relief as the Court deems just and proper.

Dated: _5/16/25_

Respectfully submitted,

*Eileen Zahrioudakis*

EILEEN ZAHRIOUDAKIS
1364 Carinthia Court
Incline Village, NV 89450
(Pro se contact info)

------------

AFFIDAVIT-----

IN THE PROBATE COURT OF TENNESSEE, SHELBY COUNTY

In re:

THE ESTATE OF CHARLES H. GRAY, III                    B-27870

    Deceased.

## ORDER RE-OPENING ESTATE
## AND RE-APPOINTING ADMINISTRATOR

This matter came to be heard on the petition of Charles H. Gray, IV, for an order re-appointing himself as Administrator of the probate estate of Charles H. Gray, III, deceased. Based on the petition filed, the joinder of Chadwick Gray, and the testimony in court of the petitioner, the Court finds that Charles H. Gray, III, died in or near the State of New York on July 17, 1996, was a resident of Shelby County, Tennessee, and left a probate estate in need of administration. The Court further finds that Charles H. Gray, IV is a fit and proper person to serve as personal representative of this estate.

IT IS THEREFORE ORDERED THAT:

1.    Charles H. Gray, IV, is hereby re-appointed as Administrator of the intestate estate of Charles H. Gray, III, deceased.

2.    Bond is hereby set at $ _____0_____ .

3.    Upon Petitioner taking oath and providing bond, the Clerk of this Court shall issue Letters of Administration to Petitioner.

PROBATE JUDGE

Date: _____ JUN 0 6 2025 _____

APPROVED FOR ENTRY:

Scott B. Peatross  (#18170)
Evans Petree, P.C.
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Direct: (901) 930-0404
Fax: (901) 374-7489
speatross@evanspetree.com
Attorney for Charles H. Gray, IV

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

PROBATE DIVISION

700 Civic Center Drive West

Santa Ana, CA 92701

In re the Matter of the Estate of

RALPH G. KEVORKIAN, Deceased.

Case No. A184515

PETITION TO REOPEN ESTATE AND APPOINT ADMINISTRATOR

[Prob. Code §§ 12252, 850(a)(2)(D)]

Date of Hearing: [To be assigned by court]

Time: [To be assigned by court]

Dept./Room: [To be assigned by court]

TO THE HONORABLE COURT:

Petitioner, DOUGLAS KEVORKIAN, Pro se, respectfully petitions this Court to reopen the estate of Ralph G. Kevorkian, deceased, and appoint him as administrator, pursuant to California Probate Code §§ 12252 and 850(a)(2)(D), and states as follows:

I. JURISDICTION AND VENUE

This Court has jurisdiction over this matter as the original probate of the estate of Ralph G. Kevorkian was administered and closed in this Court under Case No. A184515 (filed September 25, 1996; closed August 18, 1999).

Venue is proper in Orange County, as the decedent was a resident of Garden Grove, Orange County, California, at the time of his death (Prob. Code § 8000).

II. PETITIONER'S INTEREST

Petitioner, Douglas Kevorkian, is an interested person under Prob. Code §§ 12252 and 850(a)(2)(D) as: a. The son and heir of Ralph G. Kevorkian, entitled to 50% of the intestate estate (Exhibit A, Attachment 8, 1996 Probate Petition). b. A plaintiff representing the estate in federal litigation (Case 1:22-cv-11032-AK, U.S. District Court, District of Massachusetts, transferred post-September 29, 2023) seeking damages for the decedent's death.

Petitioner files this petition pro se, in accordance with California Rules of Court, Rule 2.100.

III. BACKGROUND OF THE ESTATE

Ralph G. Kevorkian died intestate on July 17, 1996, in the crash of TWA Flight 800 off Long Island, New York (Exhibit A, p. 2).

The estate was probated in this Court (Case No. A184515), with Christine Enlow appointed administrator on February 25, 1997 (Exhibit A, p. 6).

The estate, valued at $924,258.43, was distributed equally to Christine Enlow (wife) and Douglas Kevorkian (son) on August 18, 1999, and closed (Exhibit A, p. 10–13).

At the time, a prior settlement with Boeing, TWA, and Hydro-Aire (MDL No. 1161, S.D.N.Y. 1996) was resolved, but no claims related to the current litigation were known (Exhibit B, p. 2).

## IV. GROUNDS FOR REOPENING THE ESTATE

A newly discovered asset requires reopening the estate: potential monetary damages from a federal lawsuit alleging TWA Flight 800 was struck by a U.S. missile (Case 1:22-cv-11032-AK).

Factual Basis: a. On April 15, 2021, Petitioner learned from Dr. Thomas Stalcup, through his 10-year FOIA litigation, new evidence indicating the crash was caused by a missile, not a fuel tank defect as reported by the FBI and NTSB (Exhibit B, p. 4). b. Evidence includes Navy radar tapes showing an object hitting TWA 800, FBI interference with NTSB, and CIA efforts to discredit eyewitnesses (Exhibit B, p. 3–4). c. The U.S. District Court denied defendants' motions to dismiss, finding claims timely under the discovery rule and fraudulent concealment, as the cause was "inherently unknowable" until 2021 due to government concealment (Exhibit B, p. 9–21).

Legal Basis: a. Prob. Code § 12252: Permits subsequent administration when new estate matters arise after closure. The lawsuit damages require an administrator to pursue and distribute. b. Prob. Code § 850(a)(2)(D): Allows reopening for property discovered post-closure. The damages are a new asset belonging to the estate (Prob. Code § 573, wrongful death proceeds). c. Estate of Wiley (1971) 15 Cal.App.3d 465 supports reopening for a newly discovered wrongful death settlement.

This asset was unknown in 1999 due to government concealment, making reopening necessary now to administer it.

Petitioner has paid, or concurrently submits, the filing fee of $355 for this probate petition, as required by Government Code § 70650(a).

## V. REQUEST FOR APPOINTMENT OF ADMINISTRATOR

Petitioner requests appointment as administrator to: a. Represent the estate in the TWA 800 litigation (transferred, likely to Eastern District of New York). b. Manage and distribute any damages per intestate succession (50% to Christine Enlow, 50% to Petitioner, Prob. Code § 6401).

Petitioner is qualified as an heir and plaintiff, with no conflicts of interest.

Bond: The 1999 estate required an $810,600 bond, waived by heirs (Exhibit A, p. 2).

Petitioner requests a bond waiver or a minimal bond, as the asset's value is speculative pending litigation.

## VI. NOTICE

Notice will be provided to all interested parties, including: a. Christine Enlow, co-heir (last known address: 11222 Caroleen Lane, Garden Grove, CA 92841). b. Flora Headley, assignee of Petitioner's 1999 share ($75,000, Exhibit A, p. 12), though likely irrelevant to new assets.

Publication in a newspaper (e.g., California Newspaper Service Bureau) will be arranged if required (Prob. Code § 8120).

## VII. RELIEF REQUESTED

WHEREFORE, Petitioner respectfully requests:

An order reopening the estate of Ralph G. Kevorkian (Case No. A184515) to administer the newly discovered asset.

Appointment of Douglas Kevorkian as administrator, with authority to pursue the TWA 800 litigation and distribute proceeds.

Waiver of bond or a minimal bond, as in 1999.

Authorization for notice per Prob. Code § 8110, and publication if required.

Permission for Petitioner to appear at any hearing via video conference, due to his overseas residence.

Such other relief as the Court deems just and proper.

Dated: June 1, 2025

Respectfully submitted,

/s/ Douglas Kevorkian

Douglas Kevorkian, In Pro Per

65/127 Pruksa Ville Village 3, Sri War Weluwanaram Songprapa Rd.

Don Mueang District, Bangkok Thailand 10210

747 218-8308

dougkevorkian@gmail.com

## ATTACHMENTS

Exhibit A: Probate Excerpts, In re: Estate of Ralph G. Kevorkian (Case No. A184515, filed September 25, 1996).

Exhibit B: Memorandum and Order. Case 1:22-cv-11032-AK (U.S. District Court, District of Massachusetts, filed September 29, 2023).

VERIFICATION

I, Douglas Kevorkian, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on: June 1, 2025, at 65/127 Pruksa Ville Village 3, Sri War Weluwanaram Songprapa Rd. Don Mueang District, Bangkok Thailand 10210

Douglas Kevorkian

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

**Justice Center:**

☐ Central – 700 Civic Center Dr. West, Santa Ana, CA 92701-4045

☐ Civil Complex Center – 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512

☒ Costa Mesa – 3390 Harbor Blvd., Costa Mesa, CA 92626-1554

☐ Harbor-Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595

☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500

Visit www.occourts.org for forms and additional information.

## NOTICE TO FILING PARTY

We are unable to process your papers. Document(s) returned: ☐ Check attached ☒ Documents: __ 6 __

☐ The required fee of $ _____ was not submitted.  Make checks payable to Clerk of the Court.
☐ The case number ☐ is missing ☐ does not match our records.
☐ Document incomplete: _____
☐ Legal formatting required: _____ (Cal. Rules of Court, rule 2.100 et seq.)
☐ Original signature required.
☐ Proof of Service required.        ☐ Due Diligence required.
☐ Per Judicial Officer extraordinary fees of $ _____ are denied.

**Hearing Information**

☐ Incorrect/unavailable hearing date.
☐ Hearings are set as follows:
   Days: ☐ M ☐ T ☐ W ☐ Th ☐ F      Time: _____ Department/Room: _____
☐ Notice of Hearing required.

**eFiling**

☐ Your document(s) is not in compliance with the Local Rules-Superior Court of California, County of Orange, rule 352, requiring that documents shall be electronically filed.  To eFile with the Court, litigants must submit their documents using the court's electronic filing service providers. To obtain more information, visit www.occourts.org.

☒ **Other:**

If attempting to initiate a case for Letters of Administration, please ensure to complete header box 1,where it's asking for the petitioner's mailing address. Additionally, please include the "county of" for header box 2. Lastly, please ensure that all signatures are Original wet signatures -- we do not take photocopies of the signatures. Please revise and resubmit.

Date: __6/20/2025__          __T.Thompson__ ,Deputy Clerk

## NOTICE TO FILING PARTY

L – 680 (Rev. Apr. 2023)

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: Douglas Wayne Kevorkian | TELEPHONE AND FAX NOS.: 747 218-8308 | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA. 92701
BRANCH NAME: Probate Division

ESTATE OF *(Name)*:
Ralph George Kevorkian

DECEDENT

| LETTERS | | CASE NUMBER: |
|---|---|---|
| ☐ TESTAMENTARY ☐ OF ADMINISTRATION WITH WILL ANNEXED | ☒ OF ADMINISTRATION ☐ SPECIAL ADMINISTRATION | A184515 |

**LETTERS**

1. ☐ The last will of the decedent named above having been proved, the court appoints *(name)*:

  a. ☐ executor.
  b. ☐ administrator with will annexed.

2. ☒ The court appoints *(name)*:
   Douglas Wayne Kevorkian
  a. ☒ administrator of the decedent's estate.
  b. ☐ special administrator of decedent's estate
    (1) ☐ with the special powers specified in the *Order for Probate.*
    (2) ☐ with the powers of a general administrator.
    (3) ☐ letters will expire on *(date)*:

3. ☐ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☐ with full authority
   ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

| (SEAL) | Date: |
|---|---|
| | Clerk, by |
| | (DEPUTY) |

**AFFIRMATION**

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. ☒ INDIVIDUAL: **I solemnly affirm** that I will perform the duties of personal representative according to law.

3. ☐ INSTITUTIONAL FIDUCIARY *(name)*:

   **I solemnly affirm** that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer. *(Name and title)*:

4. Executed on *(date)*: June 18, 2025
   at *(place)*: SAN DIEGO , California.

   ▶ _____
   (SIGNATURE)

**CERTIFICATION**
I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

| (SEAL) | Date: |
|---|---|
| | Clerk, by |
| | (DEPUTY) |

Form Approved by the
Judicial Council of California
DE-150 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]
For your protection and privacy, please press the Clear This Form button after you have printed the form.

**LETTERS**
**(Probate)**

Probate Code, §§ 1001, 8403,
8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

[ Print this form ] [ Save this form ] [ Clear this form ]

# NEXT DOCUMENT

DE-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)* | TELEPHONE AND FAX NOS | FOR COURT USE ONLY |
|---|---|---|
| Douglas Wayne Kevorkian | 747 218-8308 | |

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA. 92701
BRANCH NAME: Probate Division

**COSTA MESA JUSTICE COMPLEX
3390 HARBOR BLVD.
COSTA MESA, CA 92626**

ESTATE OF *(Name)*:
Ralph George Kevorkian
                                                    DECEDENT

| ORDER FOR PROBATE | CASE NUMBER: |
|---|---|
| **ORDER APPOINTING**    ☐ Executor ☐ Administrator with Will Annexed ☒ Administrator ☐ Special Administrator ☐ Order Authorizing Independent Administration of Estate ☒ with full authority ☐ with limited authority | A184515 |

## WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.

1. Date of hearing:      Time:      Dept./Room:      Judge:

**THE COURT FINDS**
2. a. All notices required by law have been given.
   b. Decedent died on *(date)*: July 17, 1996
     (1) ☒ a resident of the California county named above.
     (2) ☐ a nonresident of California and left an estate in the county named above.
   c. Decedent died
     (1) ☒ intestate
     (2) ☐ testate
     and decedent's will dated:      and each codicil dated:
     was admitted to probate by Minute Order on *(date)*:

**THE COURT ORDERS**
3. *(Name)*: Douglas Wayne Kevorkian
   is appointed **personal representative**:
   a. ☐ executor of the decedent's will      d. ☐ special administrator
   b. ☐ administrator with will annexed          (1) ☐ with general powers
   c. ☒ administrator          (2) ☐ with special powers as specified in Attachment 3d(2)
                         (3) ☐ without notice of hearing
                         (4) ☐ letters will expire on *(date)*:
   and letters shall issue on qualification.
4. a. ☒ **Full authority** is granted to administer the estate under the Independent Administration of Estates Act.
   b. ☐ **Limited authority** is granted to administer the estate under the Independent Administration of Estates Act (there is no
     authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or
     (3) borrow money with the loan secured by an encumbrance upon real property).
5. a. ☒ Bond is not required.
   b. ☐ Bond is fixed at: $      to be furnished by an authorized surety company or as otherwise
     provided by law.
   c. ☐ Deposits of: $      are ordered to be placed in a blocked account at *(specify institution and
     location)*:
     and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in Attachment 5c.
   d. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court
     order.
6. ☐ *(Name)*:      is appointed probate referee.
Date:

7. Number of pages attached: _____

                              JUDGE OF THE SUPERIOR COURT
                     ☐ SIGNATURE FOLLOWS LAST ATTACHMENT

Form Approved by the
Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

**ORDER FOR PROBATE**

Probate Code, §§ 8006, 8400

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |
|---|---|---|---|

# NEXT DOCUMENT

DE-147

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Douglas Wayne Kevorkian | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO. 747 218-8308    FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> STREET ADDRESS: ~~700 Civic Center Drive West~~   **COSTA MESA JUSTICE COMPLEX** <br> MAILING ADDRESS:   **3390 HARBOR BLVD.** <br> CITY AND ZIP CODE: ~~Santa Ana, CA 92701~~   **COSTA MESA, CA 92626** <br> BRANCH NAME: Probate Division | |

ESTATE OF (Name):

Ralph George Kevorkian                                      DECEDENT

| DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE <br> and Acknowledgment of Receipt | CASE NUMBER: <br> A184515 |
|---|---|

## DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE

When the court appoints you as personal representative of an estate, you become an officer of the court and assume certain duties and obligations. An attorney is best qualified to advise you about these matters. You should understand the following:

### 1. MANAGING THE ESTATE'S ASSETS

**a. Prudent investments**

You must manage the estate assets with the care of a prudent person dealing with someone else's property. This means that you must be cautious and may not make any speculative investments.

**b. Keep estate assets separate**

You must keep the money and property in this estate separate from anyone else's, including your own. When you open a bank account for the estate, the account name must indicate that it is an estate account and not your personal account. Never deposit estate funds in your personal account or otherwise mix them with your or anyone else's property. Securities in the estate must also be held in a name that shows they are estate property and not your personal property.

**c. Interest-bearing accounts and other investments**

Except for checking accounts intended for ordinary administration expenses, estate accounts must earn interest. You may deposit estate funds in insured accounts in financial institutions, but you should consult with an attorney before making other kinds of investments.

**d. Other restrictions**

There are many other restrictions on your authority to deal with estate property. You should not spend any of the estate's money unless you have received permission from the court or have been advised to do so by an attorney. You may reimburse yourself for official court costs paid by you to the county clerk and for the premium on your bond. Without prior order of the court, you may not pay fees to yourself or to your attorney, if you have one. If you do not obtain the court's permission when it is required, you may be removed as personal representative or you may be required to reimburse the estate from your own personal funds, or both. You should consult with an attorney concerning the legal requirements affecting sales, leases, mortgages, and investments of estate property.

### 2. INVENTORY OF ESTATE PROPERTY

**a. Locate the estate's property**

You must attempt to locate and take possession of all the decedent's property to be administered in the estate.

**b. Determine the value of the property**

You must arrange to have a court-appointed referee determine the value of the property unless the appointment is waived by the court. You, rather than the referee, must determine the value of certain "cash items." An attorney can advise you about how to do this.

**c. File an inventory and appraisal**

Within four months after Letters are first issued to you as personal representative, you must file with the court an inventory and appraisal of all the assets in the estate.

Page 1 of 2

| ESTATE OF (Name) | | CASE NUMBER |
|---|---|---|
| | DECEDENT | |

**d. File a change of ownership**

At the time you file the inventory and appraisal, you must also file a change of ownership statement with the county recorder or assessor in each county where the decedent owned real property at the time of death, as provided in section 480 of the California Revenue and Taxation Code.

## 3. NOTICE TO CREDITORS

You must mail a notice of administration to each known creditor of the decedent within four months after your appointment as personal representative. If the decedent received Medi-Cal assistance, you must notify the State Director of Health Services within 90 days after appointment.

## 4. INSURANCE

You should determine that there is appropriate and adequate insurance covering the assets and risks of the estate. Maintain the insurance in force during the entire period of the administration.

## 5. RECORD KEEPING

**a. Keep accounts**

You must keep complete and accurate records of each financial transaction affecting the estate. You will have to prepare an account of all money and property you have received, what you have spent, and the date of each transaction. You must describe in detail what you have left after the payment of expenses.

**b. Court review**

Your account will be reviewed by the court. Save your receipts because the court may ask to review them. If you do not file your accounts as required, the court will order you to do so. You may be removed as personal representative if you fail to comply.

## 6. CONSULTING AN ATTORNEY

If you have an attorney, you should cooperate with the attorney at all times. You and your attorney are responsible for completing the estate administration as promptly as possible. **When in doubt, contact your attorney.**

| NOTICE: | 1. | **This statement of duties and liabilities is a summary and is not a complete statement of the law. Your conduct as a personal representative is governed by the law itself and not by this summary.** |
|---|---|---|
| | 2. | **If you fail to perform your duties or to meet the deadlines, the court may reduce your compensation, remove you from office, and impose other sanctions.** |

# ACKNOWLEDGMENT OF RECEIPT

1. I have petitioned the court to be appointed as a personal representative.

2. My address and telephone number are (specify):

3. I acknowledge that I have received a copy of this statement of the duties and liabilities of the office of personal representative.

Date: June 17, 2025

Douglas W Kevorkian
(TYPE OR PRINT NAME)

(SIGNATURE OF PETITIONER) By Fax

Date:

(TYPE OR PRINT NAME)

(SIGNATURE OF PETITIONER)

| CONFIDENTIAL INFORMATION: If required to do so by local court rule, you must provide your date of birth and driver's license number on supplemental Form DE-147S. (Prob. Code, § 8404(b).) |
|---|

| DE-147 [Rev. January 1, 2002] | **DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE**<br>(Probate) | Page 2 of 2 |
|---|---|---|

d privacy, please press the Clear This Form button after you

| Print this form | Save this form | | Clear this form |
|---|---|---|---|

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# NEXT DOCUMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DE-121

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name...
Douglas Wayne Kevorkian

*ORIGINAL* (handwritten/stamped vertical)

TELEPHONE NO.: 747 216-8308
EMAIL ADDRESS (Optional): dougkevorkian@gmail.com
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA, 92701
BRANCH NAME:

ESTATE OF (Name):
Ralph George Kevorkian

NOTICE OF PETITION TO ADMINISTER ESTATE OF
(Name): Ralph George Kevorkian

FOR COURT USE ONLY

CASE NUMBER:
A1845 15

1. To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate,
or both, of (specify all names by which the decedent was known):
Ralph George Kevorkian

**By Fax**

2. A Petition for Probate has been filed by (name of petitioner):
in the Superior Court of California, County of (specify):

3. The Petition for Probate requests that (name): Douglas Wayne Kevorkian
be appointed as personal representative to administer the estate of the decedent.

4. ☒ The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available
for examination in the file kept by the court.

5. ☐ The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority
will allow the personal representative to take many actions without obtaining court approval. Before taking certain very
important actions, however, the personal representative will be required to give notice to interested persons unless they
have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an
interested person files an objection to the petition and shows good cause why the court should not grant the authority.

6. A hearing on the petition will be held in this court as follows:

| a. Date: | Time: | Dept. | Room: |
|---|---|---|---|
| | | | |

b. Address of court: ☐ same as noted above ☐ other (specify):

7. If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections
with the court before the hearing. Your appearance may be in person or by your attorney.

8. If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the
personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to
a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of
mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney
knowledgeable in California law.

9. You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a
Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as
provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

10. ☒ Petitioner ☐ Attorney for petitioner (name):

(Address): 500 West Harbour Dr. #132

(Telephone): 747 216-8308

NOTE: If this notice is published, print the caption, beginning with the words NOTICE OF PETITION TO ADMINISTER ESTATE, and do not print the information from the
form above the caption. The caption and the decedent's name must be printed in at least 8-point type; the text in at least 7-point type. Print the case number as part of
the caption. Print items preceded by a box only if the box is checked. Do not print the italicized instructions in parentheses; the paragraph numbers, the mailing information,
or the material on page 2.

Form Adopted for Mandatory Use
Judicial Council of California
DE-121 [Rev. January 1, 2013]

NOTICE OF PETITION TO ADMINISTER ESTATE
(Probate—Decedents' Estates)

Probate Code, §§ 8100, 9100
www.courts.ca.gov

DECEDENT

## PROOF OF SERVICE BY MAIL

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.

2. My residence or business address is: _____ #132

3. I served the foregoing Notice of Petition to Administer Estate on each person named below by enclosing a copy in an envelope addressed as shown below AND

   a. [x] depositing the sealed envelope with the United States Postal Service on the date and at the place shown in item 4 following our ordinary business practices.

   b. [ ] placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

4. a. Date mailed: _____    b. Place mailed (city, state): _____

5. [ ] I served, with the Notice of Petition to Administer Estate, a copy of the petition or other document referred to in the notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/18/__

_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▷ _____  **By Fax**
(SIGNATURE OF PERSON COMPLETING THIS FORM)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| Name of person served | Address (number, street, city, state, and zip code) |
|---|---|
| 1. Christine Enlow | 18610 Nandina Ave |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ] Continued on an attachment. (You may use form DE-121(MA) to show additional persons served.)

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the clerk's office for Request for Accommodations by Persons With Disabilities and Order (form MC-410). (Civil Code section 54.8.)

## NOTICE OF PETITION TO ADMINISTER ESTATE
(Probate—Decedents' Estates)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.:        FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: <br> MAILING ADDRESS:      **COSTA MESA JUSTICE COMPLEX** <br> CITY AND ZIP CODE:      **3390 HARBOR BLVD.** <br> BRANCH NAME:      **COSTA MESA, CA 92626** | |
| ESTATE OF *(Name):* <br><br> DECEDENT | |

| NOTICE OF PETITION TO ADMINISTER ESTATE OF *(Name):* | CASE NUMBER: |
|---|---|

1. To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of *(specify all names by which the decedent was known):*

2. A **Petition for Probate** has been filed by *(name of petitioner):* in the Superior Court of California, County of *(specify):*

3. The Petition for Probate requests that *(name):* be appointed as personal representative to administer the estate of the decedent.

4. ☐ The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

5. ☐ The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

6. **A hearing on the petition will be held in this court as follows:**

| a. Date: | Time: | Dept.: | Room: |
|---|---|---|---|

     b. Address of court: ☐ same as noted above     ☐ other *(specify):*

7. **If you object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

8. **If you are a creditor or a contingent creditor of the decedent,** you must file your claim with the court and mail a copy to the personal representative appointed by the court within the **later** of either (1) **four months** from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) **60 days** from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
**Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.**

9. **You may examine the file kept by the court.** If you are a person interested in the estate, you may file with the court a *Request for Special Notice* (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A *Request for Special Notice* form is available from the court clerk.

10. ☐ Petitioner     ☐ Attorney for petitioner *(name):*

    *(Address):*

    *(Telephone):*

**NOTE:** If this notice is published, print the caption, beginning with the words NOTICE OF PETITION TO ADMINISTER ESTATE, and do not print the information from the form above the caption. The caption and the decedent's name must be printed in at least 8-point type and the text in at least 7-point type. Print the case number as part of the caption. Print items preceded by a box only if the box is checked. Do not print the italicized instructions in parentheses, the paragraph numbers, the mailing information, or the material on page 2.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> DE-121 [Rev. January 1, 2013] | **NOTICE OF PETITION TO ADMINISTER ESTATE** <br> **(Probate—Decedents' Estates)** | Probate Code, §§ 8100, 9100 <br> *www.courts.ca.gov* |
|---|---|---|

**DE-121**

| ESTATE OF *(Name):* | CASE NUMBER: |
|---|---|
| DECEDENT | |

## PROOF OF SERVICE BY MAIL

1.  I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.

2.  My residence or business address is *(specify):*

3.  I served the foregoing *Notice of Petition to Administer Estate* on each person named below by enclosing a copy in an envelope addressed as shown below **AND**

    a. ☐ **depositing** the sealed envelope with the United States Postal Service on the date and at the place shown in item 4, with the postage fully prepaid.

    b. ☐ **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

4.  a. Date mailed:              b. Place mailed *(city, state):*

5.  ☐ I served, with the *Notice of Petition to Administer Estate,* a copy of the petition or other document referred to in the notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

_____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| | Name of person served | Address *(number, street, city, state, and zip code)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

☐ Continued on an attachment. *(You may use form DE-121(MA) to show additional persons served.)*

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Order* (form MC-410). (Civil Code section 54.8.)

**NOTICE OF PETITION TO ADMINISTER ESTATE**
(Probate—Decedents' Estates)

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

  



# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

**Superior Court of California, County of Orange**

3390 Harbor Boulevard
Costa Mesa, CA 92626

## PAYMENT RECEIPT

**Receipt #:** 13468330

**Clerk ID:** csandoval    **Transaction No:** 13640070    **Transaction Date:** 06/23/2025    **Transaction Time:** 11:29:10 AM

| Case Number | Fee Type | Due Date | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|---|
| A184515 | 201 - First Papers-Other Probate: Petition commencing other | 06/23/2025 | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| A184515 | 210 - Court reporting services in civil proceedings lasting under 1 | 06/23/2025 | 1 | $30.00 | $30.00 | $30.00 | $0.00 |

|  |  |
|---|---|
| Sales Tax: | $0.00 |
| **Total:** | **$465.00** |

Check : 213253 - Nationwide Legal, LLC

Total Rem. Bal:

| | |
|---|---|
| Check: | $465.00 |
| Total Amount Tendered: | $465.00 |
| Change Due: | **$0.00** |
| Balance: | **$0.00** |

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

## ORIGINAL

DE-111

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: Douglas Wayne Kevorkian
FIRM NAME:
STREET ADDRESS: 500 West Harbour Dr. #132
CITY: San Diego  STATE: CA  ZIP CODE: 92101
TELEPHONE NO.: 747 218-8308  FAX NO.:
E-MAIL ADDRESS: dougkevorkian@gmail.com
ATTORNEY FOR (name):

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

JUN 2 3 2025

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA. 92701
BRANCH NAME: Probate Division

ESTATE OF (name): Ralph George Kevorkian

DECEDENT

| PETITION FOR | | |
|---|---|---|

☐ Probate of ☐ Lost Will and for Letters Testamentary
☐ Probate of ☐ Lost Will and for Letters of Administration with Will Annexed
☑ Letters of Administration
☐ Letters of Special Administration ☐ with general powers
☐ Authorization to Administer Under the Independent Administration of Estates Act ☐ with limited authority

CASE NUMBER: A184515

HEARING DATE AND TIME: 8\14\25 1:30 m  DEPT.: Cmo 1

1. Publication will be in (specify name of newspaper):
   a. ☐ Publication requested.
   b. ☑ Publication to be arranged.
2. **Petitioner** (name each):
   Douglas Wayne Kevorkian

By Fax

   **requests that**
   a. ☑ decedent's will and codicils, if any, be admitted to probate.
   b. (name): Douglas Wayne Kevorkian  be appointed
      (1) ☐ executor
      (2) ☐ administrator with will annexed
      (3) ☑ administrator
      (4) ☐ special administrator ☐ with general powers
      and Letters issue upon qualification.
   c. ☑ full ☐ limited authority  be granted to administer under the Independent Administration of Estates Act.
   d. (1) ☑ bond not be required for the reasons stated in item 3e.
      (2) ☐ $ _____ bond be fixed. The bond will be furnished by an admitted surety insurer or as otherwise provided by law. (Specify reasons in Attachment 2 if the amount is different from the maximum required by Prob. Code, § 8482.)
      (3) ☑ $0 _____ in deposits in a blocked account be allowed. Receipts will be filed. (Specify institution and location):

3. a. Decedent died on (date): July 17, 1996  at (place): Long Island, New York USA
      (1) ☑ a resident of the county named above.
      (2) ☐ a nonresident of California and left an estate in the county named above located at (specify location permitting publication in the newspaper named in item 1):

   b. ☐ Decedent was a citizen of a country other than the United States (specify country):

   c. Street address, city, and county of decedent's residence at time of death (specify):
      11222 Caroleen Ln.
      Garden Grove, CA. 92641

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California
DE-111 [Rev. July 1, 2017]

**PETITION FOR PROBATE**
**(Probate—Decedents Estates)**

Probate Code, §§ 8002, 10450;
www.courts.ca.gov

**DE-121**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Douglas Wayne Kevorkian<br>500 West Harbour Dr. 132<br>San Diego, CA. 92101<br><br>TELEPHONE NO.: 747 218-8308　　　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Pro Se | FOR COURT USE ONLY<br><br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>JUN 23 2015 |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange<br>STREET ADDRESS: Costa Mesa Justice Complex<br>MAILING ADDRESS: 3390 Harbour Blvd.<br>CITY AND ZIP CODE: Costa Mesa, CA. 92626<br>BRANCH NAME: Central Justice Center | |
| ESTATE OF *(Name):*<br>Ralph George Kevorkian<br>　　　　　　　　　　　　　　　　　DECEDENT | |
| **NOTICE OF PETITION TO ADMINISTER ESTATE OF**<br>*(Name):* Ralph George Kevorkian | CASE NUMBER:<br>A184515 |

1. To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of *(specify all names by which the decedent was known):*

2. A **Petition for Probate** has been filed by *(name of petitioner):* Douglas Wayne Kevorkian in the Superior Court of California, County of *(specify):* Orange

**By Fax**

3. The Petition for Probate requests that *(name):* Douglas Wayne Kevorkian be appointed as personal representative to administer the estate of the decedent.

4. ☑ The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

5. ☐ The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

6. **A hearing on the petition will be held in this court as follows:**

| a. Date: | Time: | Dept.: | Room: |
|---|---|---|---|

　　b. Address of court: ☑ same as noted above　　☐ other *(specify):*

7. **If you object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

8. **If you are a creditor or a contingent creditor of the decedent,** you must file your claim with the court and mail a copy to the personal representative appointed by the court within the **later** of either (1) **four months** from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) **60 days** from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
**Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.**

9. **You may examine the file kept by the court.** If you are a person interested in the estate, you may file with the court a *Request for Special Notice* (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A *Request for Special Notice* form is available from the court clerk.

10. ☑ Petitioner　　☐ Attorney for petitioner *(name):* Pro Se
　*(Address):* 500 West Harbour Dr. 132　San Diego, CA. 92101
　*(Telephone):* 747 218-8308

NOTE: If this notice is published, print the caption, beginning with the words NOTICE OF PETITION TO ADMINISTER ESTATE, and do not print the information from the form above the caption. The caption and the decedent's name must be printed in at least 8-point type and the text in at least 7-point type. Print the case number as part of the caption. Print items preceded by a box only if the box is checked. Do not print the italicized instructions in parentheses, the paragraph numbers, the mailing information, or the material on page 2.

Page 1 of 2

# CONFIDENTIAL

**DE-147S**

| ESTATE OF *(Name)*:<br>Ralph George Kevorkian | CASE NUMBER<br>A184515 |
|---|---|
| DECEDENT | |

## CONFIDENTIAL STATEMENT OF BIRTH DATE
## AND DRIVER'S LICENSE NUMBER

**(Supplement to *Duties and Liabilities of Personal Representative* (Form DE-147))**

*(NOTE: This supplement is to be used if the court by local rule requires the personal representative to provide a birth date and driver's license number. Do **not** attach this supplement to Form DE-147.)*

This separate *Confidential Statement of Birth Date and Driver's License Number* contains confidential information relating to the personal representative in the case referenced above. This supplement shall be kept separate from the *Duties and Liabilities of Personal Representative* filed in this case and shall not be a public record.

## INFORMATION ON THE PERSONAL REPRESENTATIVE:

1. Name: Douglas Wayne Kevorkian

2. Date of birth: 08/18/1966

3. Driver's license number: D7702250      State: California.      SS-2608

---

**TO COURT CLERK:**
THIS STATEMENT IS **CONFIDENTIAL**. DO NOT FILE
THIS CONFIDENTIAL STATEMENT IN A PUBLIC COURT FILE.

---

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

JUN 2 3 2025

---

Form Adopted for Mandatory Use
Judicial Council of California
DE-147S [New January 1, 2001]

**CONFIDENTIAL SUPPLEMENT TO DUTIES AND
LIABILITIES OF PERSONAL REPRESENTATIVE**
(Probate)

Probate Code, § 8404

 For your protection and privacy, please press the Clear This Form button after you have printed the form.

 Print this form     Save this form

 Clear this form

DE-147

COPY

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Douglas Wayne Kevorkian
500 West Harbour Dr 132
San Diego, CA 92101

TELEPHONE NO: 747 218-8308     FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Pro Se

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS Costa Mesa Justice Complex
MAILING ADDRESS 3390 Harbour Blvd
CITY AND ZIP CODE Costa Mesa, CA. 92626
BRANCH NAME Central Justice Center

**FOR COURT USE ONLY**

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

**JUN 2 3 2025**

ESTATE OF (Name):
Ralph George Kevorkian                                      DECEDENT

| DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE and Acknowledgment of Receipt | CASE NUMBER: A184515 |
|---|---|

# DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE

When the court appoints you as personal representative of an estate, you become an officer of the court and assume certain duties and obligations. An attorney is best qualified to advise you about these matters. You should understand the following:

## 1. MANAGING THE ESTATE'S ASSETS

**a. Prudent investments**

You must manage the estate assets with the care of a prudent person dealing with someone else's property. This means that you must be cautious and may not make any speculative investments.

**b. Keep estate assets separate**

You must keep the money and property in this estate separate from anyone else's, including your own. When you open a bank account for the estate, the account name must indicate that it is an estate account and not your personal account. Never deposit estate funds in your personal account or otherwise mix them with your or anyone else's property. Securities in the estate must also be held in a name that shows they are estate property and not your personal property.

**c. Interest-bearing accounts and other investments**

Except for checking accounts intended for ordinary administration expenses, estate accounts must earn interest. You may deposit estate funds in insured accounts in financial institutions, but you should consult with an attorney before making other kinds of investments.

**d. Other restrictions**

There are many other restrictions on your authority to deal with estate property. You should not spend any of the estate's money unless you have received permission from the court or have been advised to do so by an attorney. You may reimburse yourself for official court costs paid by you to the county clerk and for the premium on your bond. Without prior order of the court, you may not pay fees to yourself or to your attorney, if you have one. If you do not obtain the court's permission when it is required, you may be removed as personal representative or you may be required to reimburse the estate from your own personal funds, or both. You should consult with an attorney concerning the legal requirements affecting sales, leases, mortgages, and investments of estate property.

## 2. INVENTORY OF ESTATE PROPERTY

**a. Locate the estate's property**

You must attempt to locate and take possession of all the decedent's property to be administered in the estate.

**b. Determine the value of the property**

You must arrange to have a court-appointed referee determine the value of the property unless the appointment is waived by the court. You, rather than the referee, must determine the value of certain "cash items." An attorney can advise you about how to do this.

**c. File an inventory and appraisal**

Within four months after Letters are first issued to you as personal representative, you must file with the court an inventory and appraisal of all the assets in the estate.

Form Adopted for Mandatory Use
Judicial Council of California
DE-147 [Rev. January 1, 2002]

**DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE**
(Probate)

Page 1 of 2
Probate Code, § 8404

ctronically Filed - Probate Div St Charles - June 24, 2025 - 09:33 AM

# IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
## STATE OF MISSOURI
### PROBATE DIVISION

IN THE MATTER OF THE ESTATE OF   )
OLIVER KRICK,                           )   Estate No.: CV198-4488
                                       )   11P0198004 48
           Deceased.           )

# PETITION TO REOPEN ESTATE

COME NOW Petitioners Ronald W, Krick, Margaret Krick and Christopher Krick, by and through the law firm of Foley & Mansfield, PLLP, by William C. Foote, and for their Petition to Reopen the Estate of Oliver Krick, Deceased, states as follows:

1. That on or about July 14, 1998, Letters of Administration were granted in the above-captioned estate.

2. The aforesaid estate was opened following the death of Oliver Krick on July 17, 1996, as a result of the crash of TWA Flight 800 off Long Island, New York.

3. That Ronald W. Krick and Margaret Krick were appointed personal representatives in the above-captioned estate.

4. That on or about August 2, 2001, the aforesaid estate was closed.

5. That Christopher Krick is the brother of Decedent.

6. That Ronald W. Krick, Margaret Krick and Christopher Krick represent the sole beneficiaries of the Estate of Oliver Krick who died intestate.

7. That Petitioners request this Honorable Court reopen the estate to allow the personal representatives to prosecute a case under the Federal Tort Claims Act for wrongful death of the Decedent, pending in the United States District Court for the Eastern District of New York, captioned Ronald Krick, Individually and On Behalf of the Estate of Oliver Krick, et al. v. Raytheon Company, et al., being Case No.: 1:22-cv-11032 (hereinafter the "Lawsuit").

8. That in addition to their request to reopen the above-captioned estate, Ronald W.

ctronically Filed - Probate Div St Charles - June 24, 2025 - 09:33 AM

Krick and Margaret Krick petition this Honorable Court to resign as personal representatives and consent and agree to the appointment of Christopher Krick as sole personal representative of the above-captioned estate.

9.    That granting this petition will result in judicial economy and serves the best interests of the estate.

WHEREFORE, having fully pled, Petitioners request that the above-captioned estate be reopened to allow administration of the Lawsuit, that Ronald W. Krick and Margaret Krick be allowed to resign as personal representatives, that Christopher Krick be appointed personal representative and for such other and further orders as this Court deems just and proper.

Respectfully submitted,

FOLEY & MANSFIELD, P.L.L.P.

By:_____ /s/ William C. Foote _____
       William C. Foote        MBE #37019
       wfoote@foleymansfield.com
       231 S. Bemiston Ave., Suite 900
       St. Louis, MO 63105
       Telephone: (314) 925-5700
       Fax: (314) 925 5701

FILED

JUL 1 5 2025

CIRCUIT CLERK
ST. CHARLES COUNTY

So Ordered this ___ 15 ___ day of
__ July __, 2025

_____
Clerk/ Commissioner

_Ronald W Krick_
Ronald W. Krick

_Margaret Krick_
Margaret Krick

Estate No.: CV198-4488
Page 2 of 2