August 11, 2025

Judge Ann Donnelly
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 4G
Chambers: N 415
Donnelly_chambers@nyed.uscourts.gov

Re:    *Krick et al. v. Raytheon Company et al.*
       1:23-cv-08093-AMD-JAM


Dear Judge Donnelly:

In keeping with your Individual Practices and Rules, Plaintiffs are writing to clarify an issue.

On July 28, 2025, at 10:30P EDT, Plaintiffs filed ECF Doc. #193, MOTION for Extension of Time to File Response/Reply as to [185] MOTION to Dismiss.  Plaintiffs sought an additional day to file their opposition brief due to technical glitch having caused the loss of several hours of brief text, work, and data from their opposition brief.

Plaintiffs still filed an Opposition brief on July 28, 2025 at 11:45P [Doc #195].

Plaintiffs filed a Corrected Opposition brief on July 29, 2025, at 8:46A [Doc #196].  The corrected brief at #196 fixed a number of errors from Doc. #195, including errors in case citations that had been previously corrected but lost in the prior day's computer glitch which then had to be reconstructed and fixed.

Plaintiffs wrote to Defendants on July 29, 2025 at 9:10A EDT to alert Defendants to the corrected version of Plaintiffs' opposition at ECF #196 that fixed several citations, grammar, organizational headings, and re-generated page numbers for both the table of contents and the table of authorities, de to the computer glitch led to the loss of several hours of writing and editing, which then had to be reconstructed and fixed.

At 10:51A on July 29, 2025, the Court denied as "moot" Plaintiffs' Motion for Extension of one day because Plaintiffs had filed an opposition brief by July 28, 2025.

On August 1, 2025, Plaintiffs wrote to Defendants to see if they had any objection to Doc. 196 being considered the official version.   Only Counsel for Raytheon, Mr. Nichols, responded that Raytheon did not have any objection.

   (1) Plaintiffs are writing to ensure that the Court accepts Doc. 196 as the official version of Plaintiffs' opposition given that version corrects several errors from Doc. 195.

(2) Plaintiffs are also attaching an errata sheet as to an error they found in Doc. 196.

If there are any additional procedures we need to follow to get this addressed, please let us know.


Thank you:

Stephani L. Ayers