## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

RONALD KRICK, et. al.,

                             Plaintiffs,

        v.

RAYTHEON COMPANY, et. al.,

                             Defendants.

-------------------------------------------------------------------X

Civil Action No.
1:23-cv-08093-AMD-JAM

(Donnelly, D.J.)
(Marutollo, M.J.)

### NOTICE OF ERRATA TO
### PLAINTIFFS' COMBINED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF 196]

Please take notice of the following errata:

(1) The following quotation marks on ECF 196, pp. 30 and 42 are erroneous, and said quotation marks should be deleted from the following phrase: "national security concerns were no justification for needless loss of life".

(2) The above attribution to Director Coyle was erroneously made without citation to a source. The source is stated in footnote 12, to wit deposition of Director of the Office of Test and Evaluation at the Office of the Secretary of Defense Philip E. Coyle. The videotaped deposition was conducted on October 21, 2019 in *Stalcup v. Department of Defense*, No. 1:21-mc-91009-LTS (D. Mass),

online at https://vimeo.com/1106751958?ts=0&share=copy  (password: suits). The

time stamp of this testimony is 51:26 to 51:58.

Respectfully submitted,

s/Stephani L. Ayers

Stephani L. Ayers
T.M. GUYER AND AYERS & FRIENDS, PC
116 Mistletoe Street
Medford, OR. 97501

stephani@guyerayers.com
(813) 382-7865

Counsel for Plaintiffs
Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on August 12 , 2025, I electronically filed the foregoing **NOTICE OF ERRATA TO PLAINTIFFS' CORRECTED ONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all following counsel of record.

Dated:  August 12, 2025

/s/ Stephani L. Ayers