# EXHIBIT A

July 31, 2025

To The Honorable Judge Kristin Poland and The Honorable Judge David Dodd:

O. Lamar Allen's Last Will and Testament, filed with this court on August 7th, 1996, appoints Anne McWhorter Allen a/k/a Betty Anne Allen as Executrix of the O. Lamar Allen Estate (Estate No. 96-P1072). It names my surviving family, Anne McWhorter Allen, Cameron Ross Allen, and myself, Amberly Anne Allen a/k/a Amberly Anne Brasington as the sole beneficiaries of the Estate.

I, Amberly Brasington, of sound mind, vehemently reject Sheldon E. Friedman from becoming the successor executor of the Estate or appointing another individual to be executor of the Estate of O. Lamar Allen. I request that my mother, Anne Allen, of sound mind to remain the sole Executor of the Estate until it is closed. Anne Allen, as a beneficiary of the Estate and mother to the surviving beneficiaries, has the best interests of the beneficiaries at stake. She filed a final return for the Estate on June 17, 2002, and it was ordered by the probate court for the return to be allowed on July 18, 2002. On June 18, 2002, Anne Allen filed a letter and requested that the Estate be closed.

It is imperative that Sheldon E. Friedman not become the successor executor nor have the power to name any individual as successor executor, as he has caused severe financial harm to the rightful heirs and beneficiaries of the Estate in the past and only seeks to profit from the current litigation of Krick et al. v. Raytheon Company et al, that he mentioned in his recent petition filed with this Court. Over two decades ago, Sheldon E. Friedman was asked to resign as executor of the Estate due to his conflict of interest, claiming to be a significant creditor of the Estate. This Court granted Sheldon Friedman's motion to withdraw on March 3, 1998. He defrauded the beneficiaries of the Estate out of substantial proceeds of a business deal that the decedent, O. Lamar Allen, closed just before his death on July 17, 1996. In Friedman's recent petition, he misrepresented statement(s) made by mother, Anne Allen, concerning being the Executor of the Estate. My mother, Anne Allen, never declined to be the Executor of the Estate. She only declined for the Estate and beneficiaries to be represented in the current lawsuit of Krick et al. v. Raytheon Company et al. Friedman also failed to mention some crucial points in his petition regarding the current litigation:

I. All of the rightful beneficiaries of the Estate signed settlement releases that released all potential future claims and bar the claims in the aforementioned litigation of Krick et al v. Raytheon Company et al., Civil Case No. 1:23-cv-08093-AMD-JAM . The Defendants have filed a motion to dismiss based on these releases and there is a strong basis to grant this motion.

II. If the case is settled in favor of the Defendants, Plaintiffs will be responsible for all court costs, attorney fees, and monetary damages that are incurred and awarded to the Defendants of United States of America, Lockheed Martin, and Raytheon. This has the potential to be in the tens of millions due to the fact that the litigation has been ongoing since June 28, 2022, in two separate courts. The judge issued a strong warning about the Defendants moving to seek substantial costs from Plaintiffs in a transcribed videoconference on August 26, 2024 per Doc 149. This would cause catastrophic financial and emotional harm to the beneficiaries of the Estate. Sheldon Friedman, not being a beneficiary of the Estate, would not be liable, however.

III. Sheldon Friedman was recently contacted by Wanda Kemp, a woman who actively harassed and caused severe emotional and financial harm to my family. I have not had any contact with her in over two decades due to her harmful actions against my surviving family. She is fraudulently representing herself as a representative and beneficiary of the Estates of O. Lamar Allen and Ashton Lamar Allen, in the current aforementioned litigation. On October 8, 2024, the Court issued a show cause order as to why the pro se estate Plaintiffs should not be dismissed, citing Second Circuit case law which holds that "an estate may not proceed pro se when the estate has beneficiaries or creditors other than the litigant." None of the Plaintiffs' counsel, former nor current, has contacted the rightful beneficiaries of the Estate: myself, Anne Allen and Cameron Allen. We were recently made aware of this litigation, only after a show cause order was issued by the US District Court of New York, several years after the original claim was filed by Wanda Kemp.

RECEIVED AUG 0 8 2025



their claims.

None of the beneficiaries of the O. Lamar Allen Estate are plaintiffs in Krick et al v. Raytheon Company et al., Civil Case No. 1:23-cv-08093-AMD-JAM, nor do we consent to the Estate being represented in such litigation. As we never gave permission to and do not consent to such litigation, we are not responsible for any court costs, attorney fees, or any monetary damages that are incurred and awarded to the Defendants.

I, Amberly Brasington a/k/a Amberly Allen, vehemently deny Sheldon E. Friedman's request and petition to become successor executor or appoint a successor executor of the Estate, as it will cause devastating financial and emotional harm to the beneficiaries. These actions by Sheldon E. Friedman and Wanda Kemp demonstrate that their motives are those of pure greed and constitute harassment. Please protect the beneficiaries and deny Sheldon E. Friedman's request.  Furthermore, I request that the Estate be closed immediately to protect the beneficiaries.


Respectfully,

Amberly Brasington

**IN THE PROBATE COURT OF** COBB **COUNTY**
**STATE OF GEORGIA**

IN RE: ESTATE OF                    )
                                    )
O. LAMAR ALLEN          ,      )      **ESTATE NO.** 96-P-1072-01
                                    )
DECEASED                       )

FILED IN OFFICE
AUG -8 AM 9: 52
PROBATE COURT OF
COBB COUNTY, GA

### PETITION FOR DISCHARGE OF PERSONAL REPRESENTATIVE

The petition of     BETTY ANNE ALLEN a/k/a ANNE MCWHORTER ALLEN     , as

(executor(s))(~~administrator(s)~~)(~~temporary administrator(s)~~) of the above-referenced estate, shows:

1.

Petitioner(s)

*[Initial one]*:

_____ (a)    has/have fully administered the estate of the decedent.

_____ (b)    was/were allowed to resign without fully administering said estate.

_____ (c)    has/have completely discharged all duties as temporary administrator(s).

2.

Listed below are all of the heirs of the intestate decedent or beneficiaries of the testate decedent, or persons who succeeded to the interest of any heir or beneficiary who died after the decedent died:

| Name | Age (or over 18) | Address | Relationship |
|---|---|---|---|
| ANNE MCWHORTER ALLEN | 75 | 156 GROVE LN, ST. SIMONS ISLAND, GA 31522 | WIFE |
| AMBERLY ANNE ALLEN | 43 | 2061 PANNIER CT, GRAND JUNCTION, CO 81507 | DAUGHTER |
| CAMERON ROSS ALLEN | 42 | 3316 ACORN FALLS DR., MARIETTA, GA 30062 | SON |

GPCSF 33                    [1]                    Eff. July 2021

*[If discharge is sought solely from office and not from office and all liability, STRIKE paragraphs 3 and 4 below.]*

3.

**Required:** *[If the decedent died intestate (without a will), make a definitive statement with sufficient factual information to enable the Court to conclude that all of the heirs of the decedent are included and that there are no heirs of similar or closer degree according to O.C.G.A. □ 53-2-1. Provide the names of any deceased heirs and include the date of death for each (see instructions for further clarification). Also, state here all pertinent facts that may govern the method of giving notice to any party and that may determine whether or not a guardian ad litem should be appointed for any party. If any heirs listed above are cousins, grandchildren, nephews, or nieces of the decedent, please indicate the deceased ancestor through whom they are related to the decedent.]*

N/A

4.

Of those named in paragraph 2 above, it is not necessary to notify the following heirs or beneficiaries (a) who have relieved the personal representative of all liability and as to each of whom a copy of the writing(s) granting such relief is/are attached hereto; or ~~(b) with respect to whom the personal representative has been relieved of all further liability in (a settlement of accounts)(an intermediate report)(other binding proceeding) pursuant to an order of this Court dated _____ and hereby incorporated herein as follows:~~

5.

The following heirs or beneficiaries are represented or should be represented by a guardian *[State names of heir/beneficiary and guardian, if one has already been appointed, and reason guardian needed/appointed]*:

N/A

6.

All claims against the estate have been paid ~~(except for the following that have not been paid for the reasons set forth below)~~ *[Provide names and addresses for service]*:

GPCSF 33                              [2]                              Eff. July 2021

7.

*[Initial one]*:

_____ All necessary ~~(inventories)(and)~~(returns) have been filed.

_____ Petitioner was relieved of filing (inventories)(and)(returns).

8.

Additional Data: *[Where full particulars are lacking, state here the reasons for any such omission.]*

WHEREFORE, petitioner(s) pray(s):

*[Initial one]*

_____ (a) to be discharged solely from office and, therefore, pray(s) that notice issue and be published one time in the official county newspaper with copies thereof being mailed by First-Class Mail to the creditors named in paragraph 6 above and that an order issue discharging the petitioner(s) from office.

OR

_____ (b) to be discharged from office and all liability and, therefore, pray(s) that notice issue and be served and published as required by law and that an order issue releasing and discharging the petitioner(s) from office and from all liability.

Signature of Petitioner

ANNE ALLEN
Printed Name

156 GROVE LN, ST. SIMONS ISLAND, GA 31522
Mailing Address

_____

912-506-7549
Telephone Number

Signature of Attorney: _____

Printed Name of Attorney: _____

Address: _____

Telephone Number: _____     State Bar #_____

GPCSF 33                            [3]                            Eff. July 2021

**VERIFICATION**

**GEORGIA,** ___COBB_____ **COUNTY**

*FILED IN OFFICE*
*2025 AUG -8 AM 9: 52*
*PROBATE COURT OF*
*COBB COUNTY*

    Personally appeared before me the undersigned petitioner(s) who after being duly sworn, state(s) that the facts set forth in the foregoing petition for discharge of personal representative (and the attached exhibit(s)) are true and correct.

Sworn to and subscribed before me this
___8___ day of___AUGUST_____ , 20_25_ .

_____*Amanda Campbell*_____

~~NOTARY/~~CLERK OF PROBATE COURT
My Commission Expires: _____

_____
Signature of Petitioner

ANNE ALLEN
_____
Printed Name of Petitioner

GPCSF 33                   [4]                 Eff. July 2021

**IN THE PROBATE COURT OF** __COBB_____ **COUNTY**
**STATE OF GEORGIA**

IN RE: ESTATE OF )
)
O. LAMAR ALLEN_____, ) **ESTATE NO.** _96-P-1072-01_____
DECEASED )

*FILED IN OFFICE*
*2025 AUG -8 AM 9: 52*
*PROBATE COURT OF*
*COBB COUNTY, GA*

## ACKNOWLEDGMENT OF SERVICE AND CONSENT TO PETITION

The undersigned, being 18 years of age or older, laboring under no legal disability and being heirs or beneficiaries or unpaid purported creditors of the above-named decedent, hereby acknowledge service of a copy of the petition for discharge of personal representative, and notice, waive copies of same, waive further service and notice, and hereby consent to the petition.

Sworn to and subscribed before me this
_____day of__ AUGUST____, 20_25_ .

_____
Signature of Interested Party
AMBERLY ALLEN a/k/a AMBERLY BRASINGTON
_____
NOTARY/CLERK OF PROBATE COURT          Printed Name of Interested Party
My Commission Expires:_____

Sworn to and subscribed before me this
_____day of___ AUGUST_____, 20_25_ .

_____
Signature of Interested Party
CAMERON ALLEN
_____
NOTARY/CLERK OF PROBATE COURT          Printed Name of Interested Party
My Commission Expires: _____

Sworn to and subscribed before me this
_8_ day of_____ AUGUST_____, 20 _25_ .

*Amanda Campbell*
NOTARY/CLERK OF PROBATE COURT
My Commission Expires: _____

_____
Signature of Interested Party
ANNE ALLEN
_____
Printed Name of Interested Party

Sworn to and subscribed before me this
_____day of_____, 20____ .

_____
Signature of Interested Party
_____
NOTARY/CLERK OF PROBATE COURT          Printed Name of Interested Party
My Commission Expires: _____

Sworn to and subscribed before me this
_____day of_____, 20____ .

_____
Signature of Interested Party
_____
NOTARY/CLERK OF PROBATE COURT          Printed Name of Interested Party
My Commission Expires:_____

GPCSF 33                          [5]                          Eff. July 2021

IN THE PROBATE COURT OF COBB COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
O LAMAR ALLEN ) **ESTATE NO. 96-P-1072-01**
DECEASED )

## ORDER

On August 8, 2025, Sheldon Friedman ("Petitioner") filed his *Petition for Discharge to Appoint Successor Executor* ("Petition"). The Petitioner seeks the "discharge" of the Petition he filed in "June or July". The Court's record notes that the only item on file from the Petitioner is his *Expedited Motion to Appoint Successor Executor* filed on June 24, 2025, as amended on July 24, 2025. The Court construes the *Petition for Discharge to Appoint Successor Executor* as a Motion to Dismiss the Petitioner's *Expedited Motion to Appoint Successor Executor* pursuant to O.C.G.A. § 9-11-41. Upon review of the Petition, the entire record, and the relevant law

**IT IS ORDERED** pursuant to O.C.G.A. § 9-11-41 that the *Petition for Discharge to Appoint Successor Executor* is GRANTED and the *Expedited Motion to Appoint Successor Executor* is DISMISSED; and

**IT IS FURTHER ORDERED** that the deputy clerk shall serve copies of this Order to all parties their respective counsel, if any, by first class mail.

SO ORDERED this 11th day of August, 2025.

KRISTIN POLAND, PROBATE JUDGE