# EXHIBIT C

## Shane Nichols

| | |
|---|---|
| **From:** | Stephani Ayers <stephani@whistleblowerdefenders.com> |
| **Sent:** | Wednesday, August 20, 2025 11:04 AM |
| **To:** | 'thad@guyerayers.com'; Shane Nichols; 'Elser'; 'Kathryn A. Grace'; 'Chanda L. McClain'; Hildebrand, Emma (CIV); Rosa, Jill (CIV); Ralph Pagano; Kelly, Robert (CIV) |
| **Subject:** | Re: [EXTERNAL] Re: Reference to Charles and Chadwick Gray as Plaintiffs |

**This Message originated from outside the Firm.**

Apologies, I thought it was clear from my correspondence that they intend to remain in the case.

The greater error would be to remove parties who had not agreed to be removed and we still have no signed agreement or written stipulation or anything to that effect as outlined in my first email. We are fine with status conferences.

On Tuesday, August 19, 2025 at 12:10:56 PM EDT, Kelly, Robert (CIV) <robert.kelly@usdoj.gov> wrote:

Dear Ms. Ayers:

Following up on my previous email to you as we have not received any response to it or the letter we also sent you on Friday. Attached is a declaration from the U.S. Navy proving that the Gray parties never submitted an administrative claim.

Regards,

Robert Kelly

Senior Trial Counsel

U.S. Department of Justice

Robert.Kelly@usdoj.gov

Office: 202-616-4031

Cell: 202-598-1105

**From:** Kelly, Robert (CIV)
**Sent:** Friday, August 15, 2025 4:36 PM
**To:** Stephani Ayers <stephani@whistleblowerdefenders.com>; thad@guyerayers.com; Shane Nichols <shane.nichols@fitzhunt.com>; Elser <william.katt@wilsonelser.com>; Kathryn A. Grace <kathryn.grace@wilsonelser.com>; Chanda L. McClain <chanda.mcclain@wilsonelser.com>; Hildebrand, Emma (CIV) <Emma.Hildebrand@usdoj.gov>; Rosa, Jill (CIV) <Jill.Rosa@usdoj.gov>; Ralph Pagano

1

<ralph.pagano@fitzhunt.com>
**Cc:** Todd A. Walburg <taw@mccunewright.com>; jroddy@baileyglasser.com; lbrueckner@baileyglasser.com; sbaez@baileyglasser.com; Benjamin Bailey <BBailey@baileyglasser.com>; esnyder@baileyglasser.com; Christopher D. Smith <csmith@baileyglasser.com>
**Subject:** RE: [EXTERNAL] Re: Reference to Charles and Chadwick Gray as Plaintiffs

Dear Ms. Ayers:

In response to your recent email regarding your clients and non-parties Charles Henry Gray IV, individually and on behalf of the estate of Charles Henry Gray III, and Chadwick Graham Gray (Gray Plaintiffs), we write to provide you additional information regarding their prior dismissal from this case. As you are aware, they were not named in the original Complaint filed on June 28, 2022; but rather added in the Amended Complaint filed on September 19, 2022. Shortly after they were added, we ascertained that they had not filed administrative claims with the US Navy as required by the Federal Tort Claims Act. I spoke with Plaintiffs' counsel Todd Walburg on October 5, 2022. At that time Mr. Walburg indicated that he would look into determining if a claim was filed, and if not, would dismiss these plaintiffs.

The Gray Plaintiffs were then omitted from both the caption and body of the Second Amended Complaint filed on November 17, 2022. It is our position that this was not a "scrivner's error" as you stated below; but rather an intentional choice by Plaintiffs' counsel after they determined that the Gray Plaintiffs in fact had not filed administrative claims meaning that the Court lacked subject matter jurisdiction over their claims. I have copied Mr. Walburg and all of the Bailey Glasser attorneys on the Second Amended Complaint so they can verify these facts. I am not privy to any communications that would have occurred between Plaintiffs' counsel and the Gray Plaintiffs or why they are alleging that they were never told that their case was dismissed. However, it is a matter of record that Mr. Walburg, as counsel for all Plaintiffs, admitted on  August 22, 2024, before Magistrate Judge Marutollo that the Gray Plaintiffs had dismissed their case.

As such, we ask that you file a notice as soon as possible alerting the Court that any arguments or assertions made in your Opposition on behalf of the Gray Plaintiffs should be stricken. If you disagree with us on this point we will be forced to ask for a status conference to address it before the Court.

Regards,

Robert Kelly

Senior Trial Counsel

U.S. Department of Justice

Robert.Kelly@usdoj.gov

Office: 202-616-4031

2

Cell: 202-598-1105

---

**From:** Stephani Ayers <stephani@whistleblowerdefenders.com>
**Sent:** Friday, August 15, 2025 11:38 AM
**To:** thad@guyerayers.com; Shane Nichols <shane.nichols@fitzhunt.com>; Elser <william.katt@wilsonelser.com>; Kathryn A. Grace <kathryn.grace@wilsonelser.com>; Chanda L. McClain <chanda.mcclain@wilsonelser.com>; Hildebrand, Emma (CIV) <Emma.Hildebrand@usdoj.gov>; Rosa, Jill (CIV) <Jill.Rosa@usdoj.gov>; Kelly, Robert (CIV) <Robert.Kelly@usdoj.gov>; Ralph Pagano <ralph.pagano@fitzhunt.com>
**Subject:** [EXTERNAL] Re: Reference to Charles and Chadwick Gray as Plaintiffs

Thank you for raising this issue. We spoke to the Grays at the start of our appearance to ascertain everyone's status. They reported they were active participants and that neither of them had asked to be removed from the case. I searched the docket for any filing or agreement showing the Grays had agreed to be removed from the case and did not find anything. I did not find anything in the case files we received showing the Grays asked or agreed to be removed. They were still listed as active plaintiffs in ECF.

I do not know why the prior firm would state someone was being removed who had not agreed to be. As for the SAC omission the best I could tell that was either a scrivener's error or the Bailey firm perpetuating a mistake they made. In any event, I did not want to continue their mistake and remove parties who had not agreed to be removed and who had not filed anything or signed anything to be removed anywhere that I could find, as that would definitely not be fair to them. If you are aware of any filing or written agreement showing the Grays agreed to be removed from the case, please let us know, because they are not aware of any and I have never found any.

Stephani

On Tuesday, August 12, 2025 at 05:48:17 PM EDT, Ralph Pagano wrote:

Ms. Ayers,

Following up on my email below, I would appreciate the courtesy of a reply regarding your position on your purported representation of the Gray plaintiffs. If you are intending to persist in prosecuting a case on their behalf, please let me know so we can raise this issue with the Court for resolution.

3

Regards,

Ralph Pagano

**Ralph Pagano**
Managing Partner

 Fitzpatrick, Hunt & Pagano, LLP

Twelve East 49th Street
34th Floor
New York, NY 10017
**Direct:** 212-937-4004
**Fax:** 212-937-4050
**Email:** ralph.pagano@fitzhunt.com
**Web:** www.fitzhunt.com

| California | New Jersey | Connecticut | Illinois |
| --- | --- | --- | --- |
| US Bank Tower | Forrestal Village | 1 Landmark Square | 10 South LaSalle Street |
| 633 West Fifth Street | 116 Village Boulevard | 21st Floor | Suite 3400 |
| 60th Floor | Suite 200 | Stamford, CT 06901 | Chicago, IL 60603 |
| Los Angeles, CA 90071 | Princeton, NJ 08540 | (203) 580-4000 | (312) 728-4000 |
| (213) 873-2100 | (609) 606-6940 | | |

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail and destroy the communication. Thank you

On Aug 1, 2025, at 12:56 PM, Ralph Pagano wrote:

Ms. Ayers,

I write on behalf of Defendant RTX with respect to the *Krick* matter. Plaintiffs' Combined Opposition to Defendants' Motions to Dismiss refers to Charles and Chadwick Gray (sons of decedent Charles Henry "Hank" Gray) as Plaintiffs in this matter and submits estate documentation to defend their standing. However, Charles and Chadwick Gray previously dismissed their claims. As can be seen on the docket, they were dropped as Plaintiffs when the Second Amended Complaint was filed (*compare* Amended Complaint, Dkt. 6, with Second Amended Complaint, Dkt. 33). This fact was confirmed by Plaintiffs' former counsel, Todd Walburg, in open Court before Magistrate Judge Marutollo on August 22, 2024. Please see the transcript confirming this admission at pp. 12-13, attached hereto for your convenience.

RTX requests that you file a pleading informing the Court that the Grays are no longer Plaintiffs in this matter and that any argument on their behalf is withdrawn. We hope this issue does not become an active dispute, as it is a matter of fundamental procedure that dismissed parties cannot unilaterally reenter litigation. We would appreciate your prompt attention to resolve this issue.

Regards,

Ralph Pagano

---

**From:** Stephani Ayers
**Sent:** Tuesday, July 29, 2025 9:10 AM
**To:** T. M. Guyer and Ayers & Friends PC ; Shane Nichols ; Ralph Pagano ; Elser ; Grace, Kathryn A. ; McClain, Chanda L. ; Hildebrand, Emma (CIV) ; Rosa, Jill (CIV) ; Kelly, Robert (CIV)
**Subject:** Krick- Doc 196

**This Message originated from outside the Firm.**

---

Hello :

I wanted to alert everyone in case you didn't see it that we filed a corrected version of Plaintiffs' opposition @ 196 that fixed several citations, grammar, organizational headings, and re-generated page numbers for both the table of contents and the table of authorities. My computer glitched yesterday and lost several hours of writing and editing, which then had to be reconstructed and fixed. Thanks! Stephani