UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RONALD KRICK, et al.,

                Plaintiffs,            Civil Action No.
      v.                                    1:23-cv-8093-JAM

RAYTHEON COMPANY, et al.;

                                              (Donnelly, J.)
                Defendants.       (Marutollo, M.J.)

------------------------------------------------------------------------x

## THE UNITED STATES OF AMERICA'S OPPOSITION TO THAD M. GUYER'S MOTION TO ADMIT COUNSEL PRO HAC VICE

The United States of America submits this Opposition to Thad M. Guyer's Motion to Admit Counsel Pro Hac Vice. *See* ECF 203. The United States recognizes that this Opposition is unusual; however, as Officers of the Court, the undersigned is compelled to highlight the lack of candor in opposing counsel's submission. At first, the Motion indicates that the appearance is limited to Rule 72 objections only; whereas the attached affidavit, ECF 203-1, indicates that the appearance is limited to Rule 12 opposition only. As stated in our prior status hearings, the United States is not aware of any provision of the Federal Rules or the Local Rules of the Eastern District of New York that permits limited appearances for any reason, much less for the inconsistent reasons asserted here.

However, and much more seriously, Mr. Guyer's affidavit states upon "being duly sworn" that "[t]here are no pending disciplinary proceedings against me in any state or federal court." ECF 203-1. The affidavit is signed by the movant, and

notarized. *Id*. That statement, however, contradicts the Certificate of Good Standing from the Oregon State Bar that Mr. Guyer filed. ECF 203-2. That document states "[t]here is one open grievance(s) or disciplinary proceedings presently pending against this member." *Id*. That Certificate was signed by Regulatory Counsel Sarra Yamin on August 22, 2025.

Upon receipt of this information, the undersigned contacted General Counsel of the Oregon State Disciplinary Board Ankur Doshi to confirm the information in the Certificate. The undersigned was informed that, Mr. Guyer was referred by the United States District Court for the Western District of Virginia to the Oregon State Disciplinary Board in the case of *Iovino v. Michael Stapleton Assoc., LTD.*, 5:21-cv-64-TTC-CKM. *See* Ex. 1 [Order]. Further, Mr. Doshi confirmed that there is currently an ongoing investigation into Mr. Guyer on three counts of professional misconduct. This stems from Mr. Guyer's use of AI in drafting pleadings that included incorrect citations.[1] *See* Ex. 2 [Show Cause Order]. Further, Mr. Guyer was notified about the ongoing investigation.

For the above-stated reasons, the United States respectfully requests that the Court deny Mr. Guyer's motion for admission.

---

[1] https://www.lawnext.com/2025/03/federal-judge-in-virginia-declines-to-sanction-lawyer-who-filed-ai-generated-erroneous-citations.html

DATED: September 5, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        /s/ Robert Kelly
        ROBERT KELLY
        JILL DAHLMANN ROSA
        Senior Trial Counsel
        Torts Branch, Civil Division
        U. S. Department of Justice
        P.O. Box 14271
        Washington, D.C. 20044-4271
        Robert.Kelly@usdoj.gov
        Jill.Rosa@usdoj.gov

        Attorneys for Defendant
        United States of America