IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RONALD KRICK, et al.,

      Plaintiffs,

v.                                  Case No. 1:23-cv-08093

RAYTHEON COMPANY, et al.,

      Defendants,

**DECLARATION OF AMBERLY ANNE BRASINGTON**

I, Amberly Anne Brasington, declare as follows:

1. I am over the age of eighteen and an adult resident of the State of Colorado.

2. I have personal knowledge of all material stated in this declaration.

3. I am the daughter and an heir of O. Lamar Allen, and the sister of Ashton Lamar Allen who died on July 17, 1996, aboard Trans World Airlines Flight 800.

4. On July 31, 2025, I sent a letter to Judges Kristin Poland and David Dodd of the Cobb County, Georgia, Probate Court in response to the efforts of an attorney named Sheldon E. Friedman who was petitioning for appointment as personal representative of my late father's estate. The letter filed on the Probate Court's website is attached to this declaration as exhibit 1. Part of that letter appears to have been unfortunately cut off when it was uploaded to the Court's website. Attached as exhibit 2 to this declaration is a true and correct copy of the full letter that I sent to the Court.

5. I swear and affirm that I had personal knowledge of all the information contained in the letter attached as exhibit 2 when I sent it. I further swear and affirm that the information

1

contained in that letter is true and correct to the best of my knowledge.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this ___5th___ day of __December__, 2025.

Amberly Anne Brasington

2

# Amberly Brasington
# Declaration Exhibit 1

July 31, 2025

To The Honorable Judge Kristin Poland and The Honorable Judge David Dodd:

O. Lamar Allen's Last Will and Testament, filed with this court on August 7th, 1996, appoints Anne McWhorter Allen a/k/a Betty Anne Allen as Executrix of the O. Lamar Allen Estate (Estate No. 96-P1072). It names my surviving family, Anne McWhorter Allen, Cameron Ross Allen, and myself, Amberly Anne Allen a/k/a Amberly Anne Brasington as the sole beneficiaries of the Estate.

I, Amberly Brasington, of sound mind, vehemently reject Sheldon E. Friedman from becoming the successor executor of the Estate or appointing another individual to be executor of the Estate of O. Lamar Allen. I request that my mother, Anne Allen, of sound mind to remain the sole Executor of the Estate until it is closed. Anne Allen, as a beneficiary of the Estate and mother to the surviving beneficiaries, has the best interests of the beneficiaries at stake. She filed a final return for the Estate on June 17, 2002, and it was ordered by the probate court for the return to be allowed on July 18, 2002. On June 18, 2002, Anne Allen filed a letter and requested that the Estate be closed.

It is imperative that Sheldon E. Friedman not become the successor executor nor have the power to name any individual as successor executor, as he has caused severe financial harm to the rightful heirs and beneficiaries of the Estate in the past and only seeks to profit from the current litigation of Krick et al. v. Raytheon Company et al, that he mentioned in his recent petition filed with this Court. Over two decades ago, Sheldon E. Friedman was asked to resign as executor of the Estate due to his conflict of interest, claiming to be a significant creditor of the Estate. This Court granted Sheldon Friedman's motion to withdraw on March 3, 1998. He defrauded the beneficiaries of the Estate out of substantial proceeds of a business deal that the decedent, O. Lamar Allen, closed just before his death on July 17, 1996. In Friedman's recent petition, he misrepresented statement(s) made by mother, Anne Allen, concerning being the Executor of the Estate. My mother, Anne Allen, never declined to be the Executor of the Estate. She only declined for the Estate and beneficiaries to be represented in the current lawsuit of Krick et al. v. Raytheon Company et al. Friedman also failed to mention some crucial points in his petition regarding the current litigation:

I. All of the rightful beneficiaries of the Estate signed settlement releases that released all potential future claims and bar the claims in the aforementioned litigation of Krick et al v. Raytheon Company et al., Civil Case No. 1:23-cv-08093-AMD-JAM . The Defendants have filed a motion to dismiss based on these releases and there is a strong basis to grant this motion.

II. If the case is settled in favor of the Defendants, Plaintiffs will be responsible for all court costs, attorney fees, and monetary damages that are incurred and awarded to the Defendants of United States of America, Lockheed Martin, and Raytheon. This has the potential to be in the tens of millions due to the fact that the litigation has been ongoing since June 28, 2022, in two separate courts. The judge issued a strong warning about the Defendants moving to seek substantial costs from Plaintiffs in a transcribed videoconference on August 26, 2024 per Doc 149. This would cause catastrophic financial and emotional harm to the beneficiaries of the Estate. Sheldon Friedman, not being a beneficiary of the Estate, would not be liable, however.

III. Sheldon Friedman was recently contacted by Wanda Kemp, a woman who actively harassed and caused severe emotional and financial harm to my family. I have not had any contact with her in over two decades due to her harmful actions against my surviving family. She is fraudulently representing herself as a representative and beneficiary of the Estates of O. Lamar Allen and Ashton Lamar Allen, in the current aforementioned litigation. On October 8, 2024, the Court issued a show cause order as to why the pro se estate Plaintiffs should not be dismissed, citing Second Circuit case law which holds that "an estate may not proceed pro se when the estate has beneficiaries or creditors other than the litigant." None of the Plaintiffs' counsel, former nor current, has contacted the rightful beneficiaries of the Estate: myself, Anne Allen and Cameron Allen. We were recently made aware of this litigation, only after a show cause order was issued by the US District Court of New York, several years after the original claim was filed by Wanda Kemp.

RECEIVED AUG 0 8 2025



their claims.

None of the beneficiaries of the O. Lamar Allen Estate are plaintiffs in Krick et al v. Raytheon Company et al., Civil Case No. 1:23-cv-08093-AMD-JAM, nor do we consent to the Estate being represented in such litigation. As we never gave permission to and do not consent to such litigation, we are not responsible for any court costs, attorney fees, or any monetary damages that are incurred and awarded to the Defendants.

I, Amberly Brasington a/k/a Amberly Allen, vehemently deny Sheldon E. Friedman's request and petition to become successor executor or appoint a successor executor of the Estate, as it will cause devastating financial and emotional harm to the beneficiaries. These actions by Sheldon E. Friedman and Wanda Kemp demonstrate that their motives are those of pure greed and constitute harassment. Please protect the beneficiaries and deny Sheldon E. Friedman's request.  Furthermore, I request that the Estate be closed immediately to protect the beneficiaries.


Respectfully,

Amberly Brasington

# Amberly Brasington
# Declaration Exhibit 2

July 31, 2025

Case: 96-P-1072-01

To The Honorable Judge Kristin Poland and The Honorable Judge David Dodd:

O. Lamar Allen's Last Will and Testament, filed with this court on August 7th, 1996, appoints Anne McWhorter Allen a/k/a Betty Anne Allen as Executrix of the O. Lamar Allen Estate (Estate No. 96-P1072). It names my surviving family, Anne McWhorter Allen, Cameron Ross Allen, and myself, Amberly Anne Allen a/k/a Amberly Anne Brasington as the sole beneficiaries of the Estate.

I, Amberly Brasington, of sound mind, vehemently reject Sheldon E. Friedman from becoming the successor executor of the Estate or appointing another individual to be executor of the Estate of O. Lamar Allen. I request that my mother, Anne Allen, of sound mind to remain the sole Executor of the Estate until it is closed. Anne Allen, as a beneficiary of the Estate and mother to the surviving beneficiaries, has the best interests of the beneficiaries at stake. She filed a final return for the Estate on June 17, 2002, and it was ordered by the probate court for the return to be allowed on July 18, 2002. On June 18, 2002, Anne Allen filed a letter and requested that the Estate be closed.

It is imperative that Sheldon E. Friedman not become the successor executor nor have the power to name any individual as successor executor, as he has caused severe financial harm to the rightful heirs and beneficiaries of the Estate in the past and only seeks to profit from the current litigation of Krick et al. v. Raytheon Company et al, that he mentioned in his recent petition filed with this Court. Over two decades ago, Sheldon E. Friedman was asked to resign as executor of the Estate due to his conflict of interest, claiming to be a significant creditor of the Estate. This Court granted Sheldon Friedman's motion to withdraw on March 3, 1998. He defrauded the beneficiaries of the Estate out of substantial proceeds of a business deal that the decedent, O. Lamar Allen, closed just before his death on July 17, 1996. In Friedman's recent petition, he misrepresented statement(s) made by mother, Anne Allen, concerning being the Executor of the Estate. My mother, Anne Allen, never declined to be the Executor of the Estate. She only declined for the Estate and beneficiaries to be represented in the current lawsuit of Krick et al. v. Raytheon Company et al. Friedman also failed to mention some crucial points in his petition regarding the current litigation:

I. All of the rightful beneficiaries of the Estate signed settlement releases that released all potential future claims and bar the claims in the aforementioned litigation of Krick et al v. Raytheon Company et al., Civil Case No. 1:23-cv-08093-AMD-JAM . The Defendants have filed a motion to dismiss based on these releases and there is a strong basis to grant this motion.

II. If the case is settled in favor of the Defendants, Plaintiffs will be responsible for all court costs, attorney fees, and monetary damages that are incurred and awarded to the Defendants of United States of America, Lockheed Martin, and Raytheon. This has the potential to be in the tens of millions due to the fact that the litigation has been ongoing since June 28, 2022, in two separate courts. The judge issued a strong warning about the Defendants moving to seek substantial costs

from Plaintiffs in a transcribed videoconference on August 26, 2024 per Doc 149.    This would cause catastrophic financial and emotional harm to the beneficiaries of the Estate. Sheldon Friedman, not being a beneficiary of the Estate, would not be liable, however.

III. Sheldon Friedman was recently contacted by Wanda Kemp, a woman who actively harassed and caused severe emotional and financial harm to my family. I have not had any contact with her in over two decades due to her harmful actions against my surviving family. She is fraudulently representing herself as a representative and beneficiary of the Estates of O. Lamar Allen and Ashton Lamar Allen, in the current aforementioned litigation.    On October 8, 2024, the Court issued a show cause order as to why the pro se estate Plaintiffs should not be dismissed, citing Second Circuit case law which holds that "an estate may not proceed pro se when the estate has beneficiaries or creditors other than the litigant." None of the Plaintiffs' counsel, former nor current, has contacted the rightful beneficiaries of the Estate: myself, Anne Allen and Cameron Allen. We were recently made aware of this litigation, only after a show cause order was issued by the US District Court of New York, several years after the original claim was filed by Wanda Kemp.

III. Plaintiffs' former counsel have withdrawn from the case. On October 8, 2024, the Court granted Plaintiffs former counsel's motion to withdraw. In addition, several plaintiffs have voluntarily dismissed their claims.

None of the beneficiaries of the O. Lamar Allen Estate are plaintiffs in Krick et al v. Raytheon Company et al., Civil Case No. 1:23-cv-08093-AMD-JAM, nor do we consent to the Estate being represented in such litigation. As we never gave permission to and do not consent to such litigation, we are not responsible for any court costs, attorney fees, or any monetary damages that are incurred and awarded to the Defendants.

I, Amberly Brasington a/k/a Amberly Allen, vehemently deny Sheldon E. Friedman's request and petition to become successor executor or appoint a successor executor of the Estate, as it will cause devastating financial and emotional harm to the beneficiaries. These actions by Sheldon E. Friedman and Wanda Kemp demonstrate that their motives are those of pure greed and constitute harassment. Please protect the beneficiaries and deny Sheldon E. Friedman's request.    Furthermore, I request that the Estate be closed immediately to protect the beneficiaries.


Respectfully,

Amberly Brasington