**IN THE PROBATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **IN RE: ESTATE OF** | ) | |
| **O LAMAR  ALLEN** | ) | **ESTATE NO. 96-P-1072-01** |
| **DECEASED** | ) | |

## ORDER

On August 8, 2025, Sheldon Friedman ("Petitioner") filed his *Petition for Discharge to Appoint Successor Executor* ("Petition"). The Petitioner seeks the "discharge" of the Petition he filed in "June or July". The Court's record notes that the only item on file from the Petitioner is his *Expedited Motion to Appoint Successor Executor* filed on June 24, 2025, as amended on July 24, 2025. The Court construes the *Petition for Discharge to Appoint Successor Executor* as a Motion to Dismiss the Petitioner's *Expedited Motion to Appoint Successor Executor* pursuant to O.C.G.A. § 9-11-41. Upon review of the Petition, the entire record, and the relevant law

**IT IS ORDERED** pursuant to O.C.G.A. § 9-11-41 that the *Petition for Discharge to Appoint Successor Executor* is GRANTED and the *Expedited Motion to Appoint Successor Executor* is DISMISSED; and

**IT IS FURTHER ORDERED** that the deputy clerk shall serve copies of this Order to all parties their respective counsel, if any, by first class mail.

SO ORDERED this 11th day of August, 2025.

KRISTIN  POLAND, PROBATE JUDGE