IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RONALD KRICK, et al.,

     Plaintiffs,

v.                                                      Case No. 1:23-cv-08093

RAYTHEON COMPANY, et al.,

     Defendants,

### DECLARATION OF MR. HAL H. DRONBERGER

I, Hal H. Dronberger, declare as follows:

1.     I serve as the Director of the Admiralty and Claims Division (Code 15) of the Office of the Judge Advocate General, located at 1322 Patterson Avenue, Suite 3000, Washington Navy Yard, D.C. 20374-5066. In that capacity, I am responsible for overseeing the processing of administrative claims filed against the Department of the Navy under the Federal Tort Claims Act and in Admiralty in accordance with 32 C.F.R. Parts 750 and 752.

2.     I am the custodian of the Department of the Navy's claims and tort litigation records.

3.     Acting in the aforementioned capacity, I have caused a search to be made of the records maintained within the Office of the Judge Advocate General of the Navy; and the Tort Claims Unit, Norfolk, Virginia; to determine whether Charles Henry Gray IV, individually or on behalf of the estate of Charles Henry Gray, III, or Chadwick Graham Gray ever filed an administrative claim against the Department of the Navy, in any capacity, with respect to the matters at issue in the above-captioned case prior to commencement of the litigation.

1

4.      All reasonable searches have failed to reveal that Charles Henry Gray IV, or Chadwick Graham Gray filed such an administrative claim and, to the best of my knowledge and belief, both individuals have not filed an administrative claim with or against the Department of the Navy based on the subject matter of this action.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this _18th_ day of ___AUGUST___, 2025.

Hal H. Dronberger

2