UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**RONALD KRICK**, et al.,

    Plaintiffs,

v.                              Civil Docket No. 1:23-cv-08093-JAM

**RAYTHEON COMPANY**, et al.,

    Defendants

_____

## **OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MEMORANDUM IN SUPPOR OF MOTIONS TO DISMISS DOCS. #185, #181 AND #178**

Plaintiffs file this unopposed motion for extension of time of seven days from January 13 to 20, 2026, to file their Response to Defendants' Memorandum in Support Motions to Dismiss [Docs. 185, 181, and 178]. Similarly, the Defendants' Reply deadline should be extended by seven days from January 20 to 27, 2026. Plaintiffs conferred with Defendants by email, and at least one has objected to the requested extension. The scheduling orders and filings pertinent to this motion for extension are as follows:

| 11/21/2025 | | ORDER - The Court sua sponte amends its November 20, 2025 scheduling order as follows: Defendants' Joint Supplemental brief shall be filed by December 15, 2025. Plaintiffs' Response to the Defendants' Joint Supplement shall be filed by January 13, 2026. Defendants' Reply brief shall be filed by January 20, 2026. The Court is not inclined to extend these deadlines. Ordered by Magistrate Judge Joseph A. Marutollo on 11/21/2025. (PCM) (Entered: 11/21/2025) |
|---|---|---|

| 12/15/2025 | 215 | MEMORANDUM in Support re 185 MOTION to Dismiss for Failure to State a Claim , 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction *Joint Supplement* filed by United States. (Attachments: # 1 Declaration Brasington, # 2 Exhibit Probate Court Order, # 3 Exhibit Hearing Transcript, # 4 Exhibit Chadwick Gray Release, # 5 Exhibit Charles Gray Release, # 6 Declaration Dronberger) (Kelly, Robert) (Entered: 12/15/2025) |
| 12/15/2025 | 216 | EXHIBIT *Corrected 215-3 Hearing Transcript* by United States. Related document: 215 Memorandum in Support,, filed by United States. (Kelly, Robert) (Entered: 12/15/2025) |

The good cause for this extension is the unexpected burden of critical depositions of the U.S. Department of State and one of its contractors providing security to U.S. embassies and consulates. Mr. Guyer has had to takeover on very short notice for Mr. John P. Kolar on his majority share of 15 depositions, including three Rule 30(b)(6) depositions. This is due to his sudden illness, hospitalization and follow-up inpatient care. The case is *Iovino v. Michael Stapleton Associates, et al*. Mr. Kolar is the Litigation Director of the Government Accountability Project, Inc. (GAP) (https://whistleblower.org/our-team/jack-kolar/) for which Ms. Ayers is now the Deputy Litigation Director. Mr. Guyer is a senior part time contract litigator for GAP.

Mr. Kolar had been handling these *Iovino v. MSA* discovery matters at the time of his illness and was to conduct the first five depositions starting on January 8 through January 16, 2026 including a Rule 30(b)(6) of the State Department

Office of Inspector General. Attached is the December 17, 2025 status report, and the January 5, 2026 status report filed with chambers by email, but not on the docket. The fall government shut-down that has affected the workflow of this case had far more deleterious effects on the discovery in *Iovino v. MSA*. Below are the relevant docket entries regarding this discovery:

U.S. District Court

Western District of Virginia (Harrisonburg)

CIVIL DOCKET FOR CASE #: 5:21-cv-00064-TTC-CKM

| Iovino v. Michael Stapleton Associates, LTD. | Date Filed: 09/21/2021 |
| --- | --- |
| Assigned to: District Judge Thomas T. Cullen | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge C. Kailani Memmer | Nature of Suit: 890 Other Statutory Actions |
| Case in other court: 4CCA, 24-01735 | |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

| 12/17/2025 | 243 | STATUS REPORT *Joint* by Michael Stapleton Associates, LTD. (Cruz, Chelsea) |
| --- | --- | --- |
| 12/19/2025 | 244 | NOTICE of Hearing: **(N)** Discovery Status Conference set for 1/6/2026 10:30 AM by telephone conference before Magistrate Judge C. Kailani Memmer. (kd) |
| 01/06/2026 | 245 | Minute Entry for proceedings held before Magistrate Judge C. Kailani Memmer: Discovery Status Conference held on 1/6/2026. (kd) |

Mr. Kolar's medical condition is and was extremely serious. Therefore, Mr. Guyer volunteered to help his long-time colleague by taking all 15 of the depositions. Ms. Ayers stepped up to handle a multitude of other casework on Mr. Kolar's docket, including subordinate staff supervision.

Below is the New Year's Eve email at which point Mr. Guyer had to cease work on the response for which he now seeks an extension for a week:

> **Re: Iovino Depositions Next Week/Need Help?**
>
> **Jack Kolar** <jackk@whistleblower.org> Wed, Dec 31, 2025 at 4:54 PM
> To: Thad Guyer <thad@guyerayers.com>
>
> Yes, I'm gratefully turning over those depositions to you as well. Thank you. I developed additional diabetic sores in other places on my right foot. And I must focus on getting well. I don't want to end losing a limb. A million thanks.
>
> **From:** T. M. Guyer and Ayers & Friends PC thad@guyerayers.com
> **Sent:** Wednesday, December 31, 2025 5:15:44 AM
> **To:** Jack Kolar jackk@whistleblower.org
> **Subject:** Iovino Depositions Next Week/Need Help?
>
> Hi Jack, let me know if you need help with your depositions next week, I can handle one or both of them, as well as all the rest of them. Please do not push yourself too much. Of course if you are well enough to do them, bravo too. I will be attending them on Zoom so I will be there. Thad

Mr. Kolar has been unable to conduct any of the depositions.

Therefore, Plaintiffs respectfully request they be allowed to file their response on January 20, 2026, with Defendants' replies due January 27, 2026.

Respectfully submitted,

*s/Thad M. Guyer*

_____
Thad M. Guyer
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
thad@guyerayers.com
(206) 417-3910

Attorney for Plaintiffs