# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:21-CV-00064-TTC-CKM |
| ) | |
| v. ) | |
| ) | |
| MICHAEL STAPLETON ASSOCIATES, LTD., ) | JOINT STATUS REPORT |
| d/b/a MSA SECURITY, INC. ) | |
| ) | |
| Defendant. ) | |

Plaintiff Karen Iovino ("Iovino") and Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), and the U.S. Department of State ("the Department"), by and through undersigned counsel, hereby submit their Joint Status Report pursuant to this Court's December 19, 2025 Order (via email from Judge Memmer's chambers).

As of January 4, 2025, eleven depositions have been confirmed by counsel for the above-referenced parties[1] as outlined below:

a. On January 8, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Mr. James Olds pursuant to Fed. R. Civ. P. 30(a)(1). Mr. Olds's deposition is scheduled to begin at 11 a.m. ET.

b. On January 9, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Mr. Jeffrey McDermott, the individual designated to be deposed on behalf of the United States Department of State Office of Inspector General (DoS-OIG) pursuant to Fed. R. Civ. P. 30(b)(6). Mr. McDermott's deposition is scheduled to begin at 9 a.m. ET.

---

[1] As noted in ¶ (k) *infra*, the date and time of the DoS 30(b)(6) deposition is final pending confirmation from DoS.

c. On January 13, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Ms. Cathy Read pursuant to Fed. R. Civ. P. 30(a)(1). Ms. Read's deposition is scheduled to begin at 9 a.m. ET.

d. On January 15, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Ms. Jennifer Hartley pursuant to Fed. R. Civ. P. 30(a)(1). Ms. Hartley's deposition is scheduled to begin at 10:30 a.m. ET.

e. On January 16, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Ms. Anna Garcia-Durr pursuant to Fed. R. Civ. P. 30(a)(1). Ms. Garcia-Durr's deposition is scheduled to begin at 10:30 a.m. ET.

f. On January 22, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Dr. Michael Ratcliff pursuant to Fed. R. Civ. P. 30(a)(1). Dr. Ratcliff's deposition is scheduled to begin at 10:30 a.m. ET.

g. On January 28, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Ms. Sharon James pursuant to Fed. R. Civ. P. 30(a)(1). Ms. James's deposition is scheduled to begin at 9 a.m. ET.

h. On January 28, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Mr. Alan Bower pursuant to Fed. R. Civ. P. 30(a)(1). Mr. Bower's deposition is scheduled to begin at 2 p.m. ET.

i. On January 30, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of Mr. Gerald Goss pursuant to Fed. R. Civ. P. 30(a)(1). Mr. Goss's deposition is scheduled to begin at 10:30 a.m. ET.

j. On February 24, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of a deponent authorized to respond on behalf of Defendant MSA (Kevin Dragnett)

pursuant to Fed. R. Civ. P. 30(b)(6). This deposition is scheduled to begin at 10:30 a.m. ET.

k. On February 26, 2026, Plaintiff's counsel will conduct a deposition upon oral examination of an individual authorized to be deposed on behalf of the Department pursuant to Fed. R. Civ. P. 30(b)(6). Plaintiff has not yet been provided the name of the Department's designated representative. This deposition is scheduled to begin at 9 a.m. ET. Please note that Plaintiff's counsel is waiting for the Department to provide final confirmation that this deposition can take place at the date and time referenced herein. The necessary individuals to confirm such for the Department have been out of the office for the holidays.

l. Four additional half-day depositions have been tentatively scheduled by Plaintiff pending service of subpoenas and deponents' availability. All four deponents—Mr. Peter Deegan, Dr. Lee Palmer, Mr. Mike Hayes, and Mr. Ben Orndorff—are former employees of Defendant MSA.

m. On December 27, 2025, Plaintiff's counsel served Defendant MSA with a Fourth Set of Requests for Production of Documents in an effort to obtain contact information and documents relevant to their relevant professional history and prior association with Defendant MSA.

n. Plaintiff's counsel has prepared subpoenas for each of the four remaining deponents and is engaging local process servers.

o. Plaintiff's counsel has proposed the following dates and times for these four remaining depositions:

   a. February 17, 2026 at 10:30 a.m. ET
   b. February 17, 2026 at 2 p.m. ET

    c. February 18, 2026 at 10:30 a.m. ET or 2 p.m. ET

    d. February 19, 2026 at 10:30 p.m. or 2 p.m. ET

p. Counsel for Defendant MSA and the Department confirmed by email that the proposed dates were acceptable for counsel.

Respectfully submitted,

Date: January 5, 2026

/s/ *John A. Kolar*
Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 808
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

*Attorney for Plaintiff Karen Iovino*

Date: January 5, 2026

/s/ *Chelsea A. Cruz*
Chelsea A. Cruz (VSB 96177)
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

Date: January 5, 2026

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney

P.O. Box 1709
Roanoke, VA 24008
(540) 857-2250
Krista.frith@usdoj.gov

*Attorney for the U.S. Department of State*