UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RONALD KRICK, *et al.*,

                Plaintiffs,                Civil Docket No.: 1:23-cv-08093-JAM

      - against -

RAYTHEON COMPANY, *et al.*,

                Defendants.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

## MOTION FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney, WILLIAM J. KATT, of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, hereby requests permission to withdraw as counsel of record for Defendant LOCKHEED MARTIN CORPORATION, and further requests removal from the Court's electronic filing notification system for this action. I was granted Leave to Appear Pro Hac Vice on November 3, 2022. As of January 20, 2026, I ceased involvement in the defense of this case. JOHN P. KELLY, KATHRYN A. GRACE, JOHN P. LORINGER and DAVID A. FRANK of WILSON, ELSER, MOSKOWITZ, EDLEMAN, & DICKER, LLP will remain as counsel for Defendant.

Dated: New York, New York
       January 20, 2026

                                          Respectfully submitted,

                                          **WILSON, ELSER, MOSKOWITZ,**
                                          **EDELMAN & DICKER, LLP**

/s/ *William J. Katt*
William J. Katt (PHV)
william.katt@wilsonelser.com
John P. Loringer (PHV)
john.loringer@wilsonelser.com
David A. Frank II (PHV)
david.frank@wilsonelser.com
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
414-276-8816

John P. Kelly
john.p.kelly@wilsonelser.com
150 E 42nd Street
New York, NY 10017
212-915-5848

Kathryn A. Grace (PHV)
kathryn.grace@wilsonelser.com
8444 Westpark Drive, Suite 510
McLean, VA 22102
703-852-7869

*Attorneys for Lockheed Martin Corporation*

## **CERTIFICATE OF SERVICE**

I, William J. Katt, hereby certify that the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

/s/ *William J. Katt*
William J. Katt

2

313354433v.1