# EXHIBIT B

Case 1:23-cv-08093-AMD-JAM   Document 225-2   Filed 01/20/26   Page 1 of 3 PageID #: 1910

IN THE PROBATE COURT OF COBB COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
O. LAMAR ALLEN, )  ESTATE NO: 96- P-1072-01
DECEASED )

**PETITION FOR DISCHARGE TO APPOINT SUCCESSOR EXECUTOR**

The petitioner, Sheldon E. Friedman, as President of Sheldon Friedman, PC, located at 6075 Barfield Road, Suite 210, Atlanta, GA 30328 request that his Petition and Supplement Petition which were filed in June and July of 2025 be dismissed. After appearing in Honorable Kristin Poland's court along with Betty Anne Allen and Cameron Allen and having a discussion with Cameron, I believe the discharges of my Petitions are in the best interest of all parties

I, Sheldon E. Friedman, sign this Discharge as of August 8, 2025.

_____
Sheldon E. Friedman

*STATE OF GEORGIA*    )
COUNTY OF FULTON   )

I, the undersigned, a Notary Pubic in and for the said County, in said State, hereby certify the Sheldon E. Friedman whose name is signed to the foregoing instrument, and who is know to me, signed before me on this day that, being informed of the contents of the instrument, he executed that same voluntarily on this date

Given under my hand this 7th day of August, 2025.

_____
Notary Public
My Commission Expires:  3/17/29

RECEIVED AUG 0 8 2025

IN THE PROBATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE: ESTATE OF ) | |
| O LAMAR ALLEN ) | ESTATE NO. 96-P-1072-01 |
| DECEASED ) | |

## ORDER

On August 8, 2025, Sheldon Friedman ("Petitioner") filed his *Petition for Discharge to Appoint Successor Executor* ("Petition"). The Petitioner seeks the "discharge" of the Petition he filed in "June or July". The Court's record notes that the only item on file from the Petitioner is his *Expedited Motion to Appoint Successor Executor* filed on June 24, 2025, as amended on July 24, 2025. The Court construes the *Petition for Discharge to Appoint Successor Executor* as a Motion to Dismiss the Petitioner's *Expedited Motion to Appoint Successor Executor* pursuant to O.C.G.A. § 9-11-41. Upon review of the Petition, the entire record, and the relevant law

**IT IS ORDERED** pursuant to O.C.G.A. § 9-11-41 that the *Petition for Discharge to Appoint Successor Executor* is GRANTED and the *Expedited Motion to Appoint Successor Executor* is DISMISSED; and

**IT IS FURTHER ORDERED** that the deputy clerk shall serve copies of this Order to all parties their respective counsel, if any, by first class mail.

SO ORDERED this 11th day of August, 2025.

_____
KRISTIN POLAND, PROBATE JUDGE