# EXHIBIT C

Case 1:23-cv-08093-AMD-JAM Document 225-3 Filed 01/20/26 Page 1 of 2 PageID #: 1913

IN THE PROBATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE: ESTATE OF <br> **O LAMAR ALLEN,** <br> **DECEASED** | ) <br> ) ESTATE NO. **96-P-1072-01** <br> ) |

### FINAL ORDER

The foregoing Petition for Discharge of **BETTY ANNE ALLEN A/K/A ANNE MCWHORTER ALLEN** as **EXECUTOR** was filed. The Court finds that no objection has been filed and all requirements of law have been fulfilled.

ACCORDINGLY, IT IS ORDERED that Petitioner be, and is hereby, discharged

*[Initial one]*

**n/a** (a) solely from office; or

**KP** (b) from office and all liability.

SO ORDERED this 7th day of January, 2026

KRISTIN POLAND, Judge of the Probate Court