

January 21, 2026

**John P. Kelly**
212.915.5848 (direct)
732.859.6597 (mobile)
John.P.Kelly@wilsonelser.com

HON. ANN DONNELLY
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 4G | Chambers: N 415

Re: *Ronald Krick, et al. v. Raytheon Company, et al.*
Civil Action No.: 1:23-cv-08093-AMD-JAM
Our File No.: 14372.00158

Dear Judge Donnelly,

We are counsel for Defendant Lockheed Martin Corporation. Pursuant to your honor's individual rules of practice, we respectfully request oral argument on our motion to dismiss (ECF doc. nos. 181-183) that was filed on April 1, 2025.

Please also be advised, we filed a Reply in Support on January 20, 2026 (ECF doc. no. 223) but inadvertently linked it to the Motion to Dismiss of Co-Defendant United States of America (ECF doc. no. 178). This Reply in Support which was also refiled as Doc No. 225 should be linked to ECF doc. no. 181. Please advise if any further action is needed and we apologize for the inconvenience.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

John P. Kelly
john.p.kelly@wilsonelser.com
150 E 42nd Street
New York, NY 10017
212-915-5848

*Attorneys for Lockheed Martin Corporation*

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

328516128v.1