UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD KRICK, Individually and on Behalf
of the Estate of Oliver Krick; MARGARETA
KRICK; CHRISTOPHER KRICK; DOUGLAS
KEVORKIAN, Individually and on Behalf of
the Estate of Ralph Kevorkian; LISA MICHELSON,
Individually and on Behalf of the Estate of Yonatan
Rojany; ERIC ROJANY; JODELLE GEARON,
Individually and on Behalf of the Estate of Daniel
Gaetke; TODD GAETKE; CRAIG GAETKE;
WANDA KEMP, Individually and on Behalf of
the Estates of O. Lamar Allen and Ashton Allen;
CHRISTINE GROGAN; EILEEN ZAHARIOUDAKIS,
Individually and Behalf of the Estate of Donald Gough;
and MICHAEL DETERESA,

                Plaintiffs,                JUDGMENT

              v.                    23-CV-8093 (AMD) (JAM)

RAYTHEON COMPANY; LOCKHEED
MARTIN CORPORATION; UNITED STATES;
and DOES 1 through 20, inclusive,

                Defendants.
------------------------------------------------------------X

      A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States

District Judge, having been entered on March 2, 2026, granting the defendants' motions to

dismiss; and dismissing the plaintiffs' claims; it is

      ORDERED and ADJUDGED that the defendants' motions to dismiss are granted; and the

plaintiffs' claims are dismissed.

Dated: Brooklyn, New York              Brenna B. Mahoney
       March 3, 2026               Clerk of Court


                          By:   */s/Jalitza Poveda*
                              Deputy Clerk