**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

RONALD KRICK, et al.,

    Plaintiffs-Appellants,

v.

RAYTHEON COMPANY, et al.,

    Defendants-Appellees.

**Case No. 1:23-cv-08093-AMD-JAM**

---

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs Ronald Krick, Christine Grogan, Eileen Zaharioudakis, Michael Deteresa, Margareta Krick, Christopher Krick, Wanda Kemp, Douglas Kevorkian, Craig Gaetke, and all other Plaintiffs in the above-entitled action hereby appeal to the United States Court of Appeals for the Second Circuit from the following judgments and orders of the United States District Court for the Eastern District of New York:

The Judgment - Clerk (Dkt. No. 228), entered on March 3, 2026, following the Court's March 2, 2026 order on the motions to dismiss.

The ORDER as to 155 Appeal of Magistrate Judge Decision (Dkt. No. 159), entered on November 20, 2024, by the Honorable Ann M. Donnelly, denying Plaintiffs' appeal of Magistrate Judge Joseph A. Marutollo's October 8, 2024 order granting the motion to withdraw.

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), the appeal period is sixty (60) days because the United States, or an officer or agency thereof, is a party to this action.

Dated: April 30, 2026

Respectfully submitted,

T. M. Guyer and Ayers & Friends PC

/s/ Thad M. Guyer
Thad M. Guyer
T. M. Guyer and Ayers & Friends PC
thad@guyerayers.com
(206) 535-2395
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on April 30, 2026, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court by using the CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Thad M. Guyer
Thad M. Guyer